# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Amanda Mae Melton,<br><br>      Debtor.<br><br>Richard Kevin Brown,<br>      Plaintiff,<br><br>vs.<br><br>Amanda Mae Melton,<br>      Defendant. | Bankr. Case No. 25-43217-elm7<br><br>Chapter 7<br><br><br><br>Adversary No. 25-04149-elm |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

On this day the Court considered Defendant Amanda Mae Melton's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1), (6), and 12(e) (the "Motion"). The Court, having reviewed the Motion, the pleadings on file, and the applicable law, and being fully advised, finds that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Court finds that the Complaint was filed after the deadline imposed by Federal Rule of Bankruptcy Procedure 4007(c), and that the motion seeking to extend that deadline was also filed after the deadline had expired. The Court therefore lacks authority to adjudicate the nondischargeability claims asserted.

3. The Complaint is DISMISSED WITH PREJUDICE as time-barred.

4. All relief not expressly granted herein is DENIED

**IT IS SO ORDERED.**

# # # End of Order # # #