Clayton L. Everett, TSBN 24065212
NORRED LAW PLLC
515 E. Border St., Arlington, TX 76010
P: 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, E: clayton@norredlaw.com
Attorney for Defendant Amanda Mae Melton

## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Amanda Mae Melton,<br><br>      Debtor.<br><br>Richard Kevin Brown,<br>      Plaintiff,<br><br> vs.<br><br>Amanda Mae Melton,<br>      Defendant. | Bankr. Case No. 25-43217-elm7<br><br>Chapter 7<br><br><br><br><br>Adversary No. 25-04149-elm |

**NOTICE OF HEARING**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

    PLEASE TAKE NOTICE that a hearing on Defendant's *Motion to Dismiss Complaint under Fed. R. Civ. P. 12(b)* [ECF No. 8] has been set for **Tuesday, January 27, 2026, at 1:30 p.m.** or at such time that the parties in coordination with the Court agree to reset the matter, before the Honorable Edward L. Morris, United States Bankruptcy Judge, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102. The hearing will be conducted both in person and via WebEx. The WebEx Videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance:**

**Video Link: https://us-courts.webex.com/meet/morris**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**

**Meeting ID: 2309 445 3213**

*For WebEx Hearing Instructions, please go to this link:*

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

| | |
|---|---|
| DATE: January 5, 2026. | Respectfully Submitted, |

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I certify that on January 5, 2026, a true and correct copy of this Notice was served upon the parties receiving notice via the Court's CM/ECF system, including the party below:

*Plaintiff's Counsel via ECF/CM:*

Cassie Meyer
The Allen Firm, PC
181 S. Graham Street
Stephenville, TX 76401

By: __/*s*/ Clayton L. Everett____