Case 25-04149-elm   Doc 10   Filed 01/14/26   Entered 01/14/26 14:53:44   Desc Main
Case 25-04149-elm   Doc Document12/03Page 1 nof 2d 12/03/25 10:30:39   Desc
Reissued Summns in an Adv Proc   Page 1 of 2

sumre (rev. 04/20)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Amanda Mae Melton<br><br>Richard Kevin Brown<br><br>vs.<br>Amanda Mae Melton | §§§<br>Debtor(s) §§<br>§<br>Plaintiff(s) §§<br>§<br>Defendant(s) §§§§§ | Case No.: 25-43217-elm7<br>Chapter No.: 7<br><br>Adversary No.: 25-04149-elm |

## REISSUED SUMMONS IN AN ADVERSARY PROCEEDING

To the above-named defendant:

You are hereby summoned and required to serve upon Cassie Meyer, Plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is

   The Allen Firm, P.C.
   181 South Graham Street
   Stephenville, TX 76401

either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date and prescribed by the court: N/A

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

DATED: 12/3/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Shelley Warren, Deputy Clerk



Case 25-04149-elm   Doc 10   Filed 01/14/26   Entered 01/14/26 14:53:44   Desc Main
Case 25-04149-elm   Doc Document 12/03/25   Page 2 of 2 12/03/25 10:30:39   Desc
Reissued Summns in an Adv Proc   Page 2 of 2

In Re: Brown v. Melton
Case No. 25-43217-elm7 -7
Adv. No. 25-04149-elm

# SUMMONS SERVICE EXECUTED

I, Shawnee Markland

of** The Allen Firm, PC

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the __3__ day of __December__, __2025__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

Amanda Mae Melton

the defendant in this proceeding, by {describe here the mode of service}

USPS First Class Mail

the said defendant at
3960 County Road 156
Bluff Dale, Texas 76433

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __12/03/2025__     _(signature)_
         (Date)                    (Signature)

** The Allen Firm, PC, 181 S. Graham, Stephenville, Texas 76401
   State mailing address