

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 26, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| ORDER REGARDING ALL HEARINGS | § | |
| SET FOR JANUARY 27, 2026, BEFORE | § | GENERAL ORDER |
| THE HONORABLE EDWARD L. MORRIS | § | |
|  | § | |

    Due to the inclement weather in the Dallas-Fort Worth area and anticipated closing of the Eldon B. Mahon U.S. Courthouse on January 27, 2026, **all hearings currently scheduled to take place before the Honorable Edward L. Morris on January 27, 2026, shall be conducted solely by remote WebEx videoconference means at:** https://us-courts.webex.com/meet/morris.

    For WeEx Hearing Instructions, please visit Judge Morris' webpage on the Court's website: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0 and open the PDF file titled "Morris WebEx Hearing Instructions (rev May 2024).pdf"

    # # #   END OF ORDER   # # #