IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **AMANDA MAE MELTON** § | | CASE NO. 25-43217-elm7 |
| § | | |
| *Debtor*, § | | CHAPTER 7 |
| § | | |
| **RICHARD KEVIN BROWN** § | | ADVERSARY PROCEEDING |
| *Plaintiff*, § | | NO. 25-04149-elm7 |
| § | | |
| v. § | | |
| § | | |
| **AMANDA MAE MELTON** § | | |
| *Defendant.* § | | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

NOW COMES RICHARD KEVIN BROWN, Plaintiff in the above-captioned adversary proceeding, and files Motion for Leave to File First Amended Complaint, and would respectfully show the Court as follows:

#### I.   GROUNDS FOR LEAVE

1. On January 2, 2025, Defendant filed a Motion to Dismiss [Doc. 8], which included an alternative request for a more definite statement and a repleading under Fed. R. Civ. P. 12(e).

2. Plaintiff accepts Defendant's invitation to replead. The proposed First Amended Complaint (attached as Exhibit A) provides the more definite statement requested by Defendant, clarifies the factual basis for the fraud claims, and incorporates related claims under 11 U.S.C. § 727 based on the same core facts.

3. On January 23, 2026, Plaintiff attempted to file this responsive pleading; however, a

clerical error resulted in the misattachment of a different PDF to the docket entry. This Motion seeks to cure that clerical record and formally place the Amended Complaint before the Court.

## II.    ARGUMENT AND AUTHORITIES

4.    **Standard for Leave:** Fed. R. Civ. P. 15(a)(2), incorporated by Fed. R. Bankr. P. 7015, provides that leave to amend "shall be freely given when justice so requires." The Fifth Circuit emphasizes that leave should be granted unless there is a substantial reason to deny it, such as bad faith or undue prejudice. *In re Southmark Corp.*, 88 F.3d 311, 314 (5th Cir. 1996).

5.    **No Prejudice**: There is no prejudice to the Defendant because they specifically requested a more definite statement under Rule 12(e). Plaintiff's First Amended Complaint (attached as Exhibit A) provides that clarification, cures the alleged Rule 9(b) deficiencies, and includes related claims under 11 U.S.C. § 727. Furthermore, Plaintiff provided Defendant with notice of these amended claims via their Response to Defendant's Motion to Dismiss [Doc. 12] filed on January 23.

6.    **Judicial Economy**: Permitting the amendment at this stage promotes judicial economy. While the threshold issue of the initial filing's timeliness remains a contested matter under Rule 9006(a)(3), allowing the Plaintiff to file a comprehensive Amended Complaint now ensures that the litigation can proceed immediately on a clear factual record once that legal hurdle is resolved. This prevents the unnecessary expenditure of Court resources on a pleading the Defendant has already challenged for lack of specificity.

## III.    PRAYER

7.    Plaintiff respectfully requests that the Court grant this Motion, and grant leave to file the First Amended Complaint attached hereto as Exhibit A.

Respectfully submitted,

THE ALLEN FIRM, P.C.

By: /s/ *Cassie M Meyer*

Cassie M Meyer, Esq.
Texas Bar No. 24140549
Email: cassie@allenlawfirm.com
181 S. Graham Street
Stephenville, Texas 76401
Tel: (254) 965-3185
Fax: (254) 965-6539
ATTORNEYS FOR RICHARD KEVIN BROWN, CREDITOR

### CERTIFICATE OF CONFERENCE

I hereby certify that on January 26, 2026, I conferred with counsel for the Defendant regarding the relief sought in this Motion. Counsel has indicated that the Defendant **OPPOSES** this Motion.

By: /s/ *Cassie M Meyer*

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January 2026, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT was served electronically via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, including:

Clayton L. Everett
Norred Law, PLLC
clayton@norredlaw.com
*Counsel for Defendant/Debtor*

By: /s/ *Cassie M Meyer*