Cassie M. Meyer, TSBN 24140549
THE ALLEN FIRM, PC
181 S. Graham St., Stephenville, TX 76401
P: 254-965-3182, E: cassie@allenlawfirm.com
Attorney for Plaintiff Richard Kevin Brown

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **AMANDA MAE MELTON** | § | CASE NO. 25-43217-elm7 |
| | § | |
| *Debtor.* | § | CHAPTER 7 |
| | § | |
| **RICHARD KEVIN BROWN** | § | ADVERSARY PROCEEDING |
| *Plaintiff,* | § | NO. 25-04149-elm7 |
| | § | |
| v. | § | |
| | § | |
| **AMANDA MAE MELTON** | § | |
| *Defendant.* | § | |

## NOTICE OF HEARING

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a Final Hearing has been scheduled on the following matter:

**Pleading**: Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 15)

**Date and Time**: February 19, 2026, at 1:30 PM (Central Time)

**Judge**: The Honorable Edward L. Morris

**Location**: United States Bankruptcy Court 501 W. 10th Street, Courtroom 206 Fort Worth, Texas 76102

**PARTICIPATION INFORMATION**: Pursuant to the Court's directives, this is an Evidentiary Hearing. All counsel and witnesses are expected to appear in person in Courtroom 204.

Parties or members of the public who are not testifying or presenting evidence may monitor the hearing via the Court's WebEx platform:

**Video Link**: https://us-courts.webex.com/meet/morris

**Audio Only**: (650) 479-3207

**Meeting Number:** 2309-445-3213

Date: January 30, 2026

        Respectfully submitted,

        THE ALLEN FIRM, P.C.

        By:/s/ **Cassie M Meyer**
        Cassie M Meyer, Esq.
        Texas Bar No. 24140549
        Email: cassie@allenlawfirm.com
        181 S. Graham Street
        Stephenville, Texas 76401
        Tel: (254) 965-3185
        Fax: (254) 965-6539
        ATTORNEYS FOR RICHARD KEVIN BROWN, CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, a true and correct copy of this Notice was served upon the parties receiving notice via the Court's CM/ECF system, including the party below:

*Defendant's Counsel via ECF/CM:*

Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, Texas 76010
clayton@norredlaw.com
*Counsel for Defendant/Debtor*

        By:/s/ **Cassie M Meyer**