IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** § <br> § <br> **AMANDA MAE MELTON** § <br> § <br> *Debtor*, § <br> § | | **CASE NO. 25-43217-elm7** <br><br> **CHAPTER 7** |
| **RICHARD KEVIN BROWN** § <br> *Plaintiff*, § <br> § <br> **v.** § <br> § <br> **AMANDA MAE MELTON** § <br> *Defendant.* § | | **ADVERSARY PROCEEDING** <br> **NO. 25-04149-elm7** |

### PLAINTIFF'S EXHIBIT AND WITNESS LIST FOR EVIDENTIARY HEARING

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Northern District of Texas, and the Court's Scheduling Order, Plaintiff, Richard Kevin Brown files this Exhibit and Witness List for the evidentiary hearing scheduled on February 19, 2026, and respectfully states as follows:

### I.     EXHIBITS

| Exhibit # | Description |
|---|---|
| P-1 | 11/10/2025 NextGen CM/ECF E-Filing Registration Confirmation for NDTX |
| P-2 | 11/24/2025 Email to Emergency Filing Clerk, M. Okafor with Final Complaint PDF attachments |
| P-3 | 10/25/2025 (12:24 AM) Email to NDTX ECF Help Desk explaining issue and including Final Complaint PDF attachments |
| P-4 | 10/25/2025 NextGen CM/ECF E-Filing Registration Confirmation for NDTX Bankruptcy |
| P-5 | Counsel's phone records from 11/24/2025 – calls to Emergency Filing Clerk |
| P-6 | PACER Transaction and Billing Activity Report for 11/24/2025 – 11/25/2025 |
| P-7 | 02/09/2026 Email to Emergency Filing Clerk, M. Okafor, re: incident report |

## I. FACT WITNESSES

The following witnesses may be called to testify at the evidentiary hearing. Plaintiff reserves the right to call any witness listed by any other party.

1. **Counsel for Plaintiff, Cassie Meyer**

   **Expected Testimony:** To testify regarding the specific technical attempts to file the Complaint on November 24, 2025, the ECF error encountered, and the immediate remedial actions taken.

## III. RESERVATION OF RIGHTS

3. Plaintiff reserves the right to:

   a) Supplement or amend this list as permitted by rule or Court Order;

   b) Call any witness identified by another party;

   c) Call impeachment or rebuttal witnesses as necessary.

Respectfully submitted,

THE ALLEN FIRM, P.C.

By: /s/ *Cassie M Meyer*

Cassie M Meyer, Esq.
Texas Bar No. 24140549
Email: cassie@allenlawfirm.com
181 S. Graham Street
Stephenville, Texas 76401
Tel: (254) 965-3185
Fax: (254) 965-6539
ATTORNEYS FOR RICHARD KEVIN BROWN, CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2027, a true and correct copy of the foregoing Plaintiff's Exhibit and Witness List for Evidentiary Hearing was served electronically via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, including:

Clayton L. Everett
Norred Law, PLLC
clayton@norredlaw.com
*Counsel for Defendant/Debtor*

                                        THE ALLEN FIRM, P.C.
                                      By:/s/ *Cassie M Meyer*