Outlook

**NextGen CM/ECF Registration Status**

From do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Date Mon 11/10/2025 11:27 AM
To   Cassie Meyer <Cassie@allenlawfirm.com>

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpacer.psc.uscourts.gov%2Fpscof%2Fmanage%2FefileStatus.jsf&data=05%7C02%7Ccassie%40allenlawfirm.com%7C2f4c56e0d02b4771159308de207e7bb4%7Cad21055a74a049049fc8cc31c5e12b48%7C0%7C0%7C638983924771666147%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=tVEvFojd0o4V%2BsPU5RvtMbvQKd90PYLHTdcH4z47Mhc%3D&reserved=0.

  Account Number: 8650146
  Court: TEXAS NORTHERN DISTRICT COURT
  Date/Time Submitted: 11/10/2025 10:56:42 CST
  Transaction ID: 56535
  Request: Registration
  Transaction Status: Processed

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to assist_team@txnd.uscourts.gov.

**Ex. P-1**