1/23/26, 11:07 PM

 Outlook

## Petition Adversary Proceeding Case No. 25-43217

**From** Cassie Meyer <Cassie@allenlawfirm.com>
**Date** Mon 11/24/2025 11:50 PM
**To**     Marcey_okafor@txnb.uscourts.gov <Marcey_okafor@txnb.uscourts.gov>

📎 2 attachments (2 MB)
Exhibits .pdf; Adversary Proceeding Petition - Amanda Melton Brown .pdf;


**Cassie Meyer** | Of Counsel

*There are many unknowns in legal situations.  The Allen Firm provides legal guidance so you can make a great decision, come to a resolution, and be at peace.*



The Allen Firm, PC l allenlawfirm.com l cassie@allenlawfirm.com

Stephenville (Principal Office):
181 S. Graham St. l Stephenville, TX 76401 l P: 254.965.3185

The Allen Firm at Aledo:
401 FM 1187 N., Suite 100 l Aledo, TX 76008 l P: 817.207.5642

The Allen Firm at Granbury:
1315 Water's Edge Drive, Suite 108 l Granbury, TX 76048 l P: 817.207.5642

This email is privileged, confidential and subject to Legal Disclaimers.

**Ex. P-2**