Outlook

---

## Emergency Filing Case No 25-43217-elm7

---

**From** Cassie Meyer <Cassie@allenlawfirm.com>
**Date** Tue 11/25/2025 12:24 AM
**To** ecfhelp@txnb.uscourts.gov <ecfhelp@txnb.uscourts.gov>
**Bcc** Shawnee Markland <shawnee@allenlawfirm.com>

📎 2 attachments (2 MB)
Adversary Proceeding Petition – Amanda Melton Brown .pdf; Exhibits .pdf;

I am writing to submit a time-sensitive, emergency filing via email due to technical issues with the Court's CM/ECF electronic filing system preventing electronic submission prior to the deadline.

November 24, 2025 is the 60-day Bar Date for filing Complaints Objecting to Dischargeability under 11 U.S.C. § 523(a)(2) pursuant to Bankruptcy Rule 4007(c).  We request that the Complaint be accepted and logged immediately to preserve our client's rights.

I was unable to file my complaint due to an error with the PDF that I have not experienced and I was unable to resolve.  I contacted the emergency filing line and Marcey Okafor tried to help me, but she also was unable to file the document due to the error with the PDF.

The attached document is the Plaintiff's First Amended Complaint to Determine Dischargeability of Debt in the matter of:
- Debtor: Amanda Melton
- Case Number: 25-43217-elm7
- Plaintiff: Richard Kevin Brown
- Action Sought: Determination that debt of $1,011,437.00 is NONDISCHARGEABLE under § 523(a)(2) and § 523(a)(6).

I will be in touch with the court immediately upon opening tomorrow.  I respectfully requests this Court to accept the filing due to excusable neglect of issues with the electronic filing system.

Thank you for your time and consideration.


**Cassie Meyer** | Of Counsel

*There are many unknowns in legal situations.  The Allen Firm provides legal guidance so you can make a great decision, come to a resolution, and be at peace.*

**Ex. P-3**



The Allen Firm, PC l allenlawfirm.com l cassie@allenlawfirm.com

Stephenville (Principal Office):
181 S. Graham St. l Stephenville, TX 76401 l P: 254.965.3185

The Allen Firm at Aledo:
401 FM 1187 N., Suite 100 l Aledo, TX 76008 l P: 817.207.5642

The Allen Firm at Granbury:
1315 Water's Edge Drive, Suite 108 l Granbury, TX 76048 l P: 817.207.5642

This email is privileged, confidential and subject to Legal Disclaimers.

**Ex. P-3**