Outlook

**NextGen CM/ECF Registration Status**

From  do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Date  Tue 11/25/2025 10:04 AM
To     Cassie Meyer <Cassie@allenlawfirm.com>

This email is notification that your NextGen CM/ECF electronic filing registration has been processed.  You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpacer.psc.uscourts.gov%2Fpscof%2Fmanage%2FefileStatus.jsf&data=05%7C02%7Ccassie%40allenlawfirm.com%7C16fc53e4d1ed475dd6a108de2c3c4866%7Cad21055a74a049049fc8cc31c5e12b48%7C0%7C0%7C638996834582249485%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=1%2BilakJ21TPyrs%2FccqzcFTCBXmpVF329FzXIrxFVw70%3D&reserved=0.


   Account Number: 8650146
   Court: TEXAS NORTHERN BANKRUPTCY COURT
   Date/Time Submitted: 11/25/2025 09:25:00 CST
   Transaction ID: 24209
   Request: Registration
   Transaction Status: Processed

NOTE: Please do not reply to this message.  This is an automated message sent from an unmonitored mailbox.  If you have questions or comments, please email them to ecfhelp@txnb.uscourts.gov.


Ex. P-4