

**Ex. P-5**