| Report for cmmeyer1 | | | | | |
|---|---|---|---|---|---|
| **Date** | **Time** | **Pages** | **Court** | **Description** | **Search** |
| 11/24/2025 | 23:21:58 | 1 | TXNBK | FILER LIST | 25-43217-ELM7 |
| 11/24/2025 | 23:27:04 | 1 | TXNBK | DOCKET REPORT | 25-43217-ELM7 FIL OR ENT: FILED FROM: 11/10/2025 TO: 11/24/2025 DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HEADERS: INCLUDED   FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED |
| 11/24/2025 | 23:29:42 | 3 | TXNBK | CREDITOR LIST | 25-43217-ELM7 CREDITOR TYPE: CR |
| 11/24/2025 | 23:30:53 | 1 | TXNBK | DOCKET REPORT | 25-43217-ELM7 FIL OR ENT: FILED FROM: 11/10/2025 TO: 11/24/2025 DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HEADERS: INCLUDED   FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED |
| 11/24/2025 | 23:32:44 | 1 | TXNBK | CLAIMS REGISTER | 25-43217-ELM7     FILED OR ENTERED FROM: 11/4/2025 FILED OR ENTERED TO: 11/24/2025 |
| 11/24/2025 | 23:34:02 | 3 | TXNBK | CREDITOR LIST | 25-43217-ELM7 CREDITOR TYPE: CR |
| 11/24/2025 | 23:34:16 | 3 | TXNBK | LIST OF CREDITORS | 25-43217-ELM7 |
| 11/24/2025 | 23:34:28 | 1 | TXNBK | FILER LIST | 25-43217-ELM7 |
| 11/24/2025 | 23:34:37 | 1 | TXNBK | TRUSTEE LIST | 25-43217-ELM7 |
| 11/24/2025 | 23:36:45 | 3 | TXNBK | CREDITOR LIST | 25-43217-ELM7 CREDITOR TYPE: CR |
| 11/24/2025 | 23:47:22 | 1 | TXNBK | ASSOCIATED CASES | 25-43217-ELM7 |
| 11/24/2025 | 23:47:30 | 1 | TXNBK | ATTORNEY LIST | 25-43217-ELM7 |
| 11/24/2025 | 23:48:25 | 1 | TXNBK | FILER LIST | 25-43217-ELM7 |
| 11/25/2025 | 08:44:24 | 1 | TXNBK | FILER LIST | 25-43217-ELM7 |
| 11/25/2025 | 08:44:26 | 1 | TXNBK | FILER LIST | 25-43217-ELM7 |
| 11/25/2025 | 08:44:58 | 1 | TXNBK | STATUS | 25-43217-ELM7 |
| 11/25/2025 | 08:45:07 | 1 | TXNBK | HISTORY/DOCUMENTS | 25-43217-ELM7 TYPE: HISTORY |
| 11/25/2025 | 08:45:22 | 3 | TXNBK | CREDITOR LIST | 25-43217-ELM7 CREDITOR TYPE: ALL |
| 11/25/2025 | 08:45:26 | 1 | TXNBK | ALIASES | 25-43217-ELM7 |
| 11/25/2025 | 08:45:32 | 1 | TXNBK | ASSOCIATED CASES | 25-43217-ELM7 |
| 11/25/2025 | 08:45:35 | 1 | TXNBK | ATTORNEY LIST | 25-43217-ELM7 |
| 11/25/2025 | 08:45:40 | 1 | TXNBK | CASE SUMMARY | 25-43217-ELM7 |
| 11/25/2025 | 10:21:10 | 1 | TXNBK | ALIASES | 25-43217-ELM7 |
| 11/25/2025 | 15:28:30 | 1 | TXNBK | DOCKET REPORT | 25-04149-ELM FIL OR ENT: FILED FROM: 11/10/2025 TO: 11/25/2025 DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED |
| 11/25/2025 | 16:21:00 | 1 | TXNBK | HISTORY/DOCUMENTS | 25-43217-ELM7 TYPE: HISTORY |
| 11/25/2025 | 16:21:43 | 1 | TXNBK | DOCKET REPORT | 25-43217-ELM7 FIL OR ENT: FILED FROM: 11/10/2025 TO: 11/25/2025 DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED |
| 11/25/2025 | 16:21:51 | 1 | TXNBK | ASSOCIATED CASES | 25-43217-ELM7 |
| 11/25/2025 | 16:22:02 | 2 | TXNBK | DOCKET REPORT | 25-04149-ELM FIL OR ENT: FILED FROM: 11/10/2025 TO: 11/25/2025 DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED |
| 11/25/2025 | 16:24:43 | 1 | TXNBK | HISTORY/DOCUMENTS | 25-04149-ELM TYPE: HISTORY |
| 11/25/2025 | 16:30:06 | 2 | TXNBK | DOCKET REPORT | 25-04149-ELM FIL OR ENT: FILED FROM: 11/10/2025 TO: 11/25/2025 DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED |

**Ex. P-6**