Outlook

## Re: Petition Adversary Proceeding Case No. 25-43217

| | |
|---|---|
| From | Marcey Okafor <marcey_okafor@txnb.uscourts.gov> |
| Date | Mon 2/9/2026 1:44 PM |
| To | Cassie Meyer <Cassie@allenlawfirm.com> |
| Cc | Shawnee Markland <shawnee@allenlawfirm.com> |

Dear Ms. Meyer,

I am unable to provide a statement, declaration, or clarification regarding the events of November 24 for use in connection with the pending matter.

However, I can confirm that an incident report was submitted to the judge's courtroom deputy regarding the issue you encountered when attempting to open the adversary proceeding.

If the court requires any additional information, it will need to be addressed through the appropriate internal court process.

Respectfully,
Marcey Okafor



Marcey Okafor
Operations Support Workleader
U.S. Bankruptcy Court
Northern District of Texas
214-753-2068

---

**From:** Cassie Meyer <Cassie@allenlawfirm.com>
**Sent:** Monday, February 9, 2026 11:24 AM
**To:** Marcey Okafor <marcey_okafor@txnb.uscourts.gov>
**Cc:** Shawnee Markland <shawnee@allenlawfirm.com>
**Subject:** Re: Petition Adversary Proceeding Case No. 25-43217

 CAUTION - EXTERNAL:

Dear Ms. Okafor,

Ex. P-7

My name is Cassie Meyer. We spoke on the evening of Monday, November 24, 2025, when I called the Court's ECF help line regarding my inability to file an adversary complaint in

Since our call, I have identified that my primary barrier was a "NextGen" synchronization issue; while I am admitted to the NDTX Bar and have filing privileges in the District Court, my PACER account had not yet been "linked/mapped" to the NDTX Bankruptcy database.

The Court has scheduled an evidentiary hearing to clarify the technical barriers encountered that night, and I am trying to ensure that the Court has an accurate and neutral understanding of what exactly occurred and system perspective.  Because I do not have access or understanding of the administrator-side of the CM/ECF system, I am reaching out to see if you could provide a brief, neutral statement or declaration regarding your experience and the technical timeline.

Specifically, I am hoping to clarify two technical points that the Judge raised during our initial video hearing:
1. **Administrative Access:** That despite my account being locked for filing at the user level, you utilized your administrative access to attempt to docket the Complaint on my behalf prior to the deadline.
2. **System Error:** That when you attempted to upload the PDF I provided, the CM/ECF system rejected the file with a specific error message (one you noted was unfamiliar or unusual).

I am not asking for an adversarial statement or any form of advocacy.  My goal is simply to provide the Court with an accurate technical record of the system's behavior and our good-faith attempt to complete the filing.

If it would be easier, I am happy to prepare a short draft declaration for your review and revision, or you may simply respond by email confirming or clarifying the above.

Additionally, if there is an internal log, ticket, or system note reflecting the call or attempted filing, that information would also be extremely helpful.

Thank you for your time, your assistance that night, and your help in clarifying these technical details for the Court.

Sincerely,
**Cassie Meyer** | Of Counsel

*There are many unknowns in legal situations.  The Allen Firm provides legal guidance so you can make a great decision, come to a resolution, and be at peace.*



The Allen Firm, PC | allenlawfirm.com | cassie@allenlawfirm.com

Stephenville (Principal Office):
181 S. Graham St. | Stephenville, TX 76401 | P: 254.965.3185

**Ex. P-7**

The Allen Firm at Aledo:
401 FM 1187 N., Suite 100 | Aledo, TX 76008 | P: 817.207.5642

The Allen Firm at Granbury:
1315 Water's Edge Drive, Suite 108 | Granbury, TX 76048 | P: 817.207.5642

This email is privileged, confidential and subject to Legal Disclaimers.

**From:** Cassie Meyer
**Sent:** Monday, November 24, 2025 11:50 PM
**To:** Marcey_okafor@txnb.uscourts.gov <Marcey_okafor@txnb.uscourts.gov>
**Subject:** Petition Adversary Proceeding Case No. 25-43217


**Cassie Meyer** | Of Counsel

*There are many unknowns in legal situations.  The Allen Firm provides legal guidance so you can make a great decision, come to a resolution, and be at peace.*



The Allen Firm, PC | allenlawfirm.com | cassie@allenlawfirm.com

Stephenville (Principal Office):
181 S. Graham St. | Stephenville, TX 76401 | P: 254.965.3185

The Allen Firm at Aledo:
401 FM 1187 N., Suite 100 | Aledo, TX 76008 | P: 817.207.5642

The Allen Firm at Granbury:
1315 Water's Edge Drive, Suite 108 | Granbury, TX 76048 | P: 817.207.5642

This email is privileged, confidential and subject to Legal Disclaimers.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Ex. P-7