ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Amanda Mae Melton | §<br>§<br>§ | Case No.:   25–43217–elm7 |
| Debtor(s) | § | Chapter No.:  7 |
| Richard Kevin Brown | § | |
| Plaintiff(s) | § | Adversary No.:   25–04149–elm |
|   vs.<br>Amanda Mae Melton | §<br>§ | |
| Defendant(s) | § | |

# NOTICE SETTING HEARING

A WebEx hearing has been set in the U.S. Bankruptcy Court for **March 4, 2026** at **11:00 AM** before the Honorable Edward L. Morris at https://us–courts.webex.com/meet/morris to consider

Ruling re: Motion to dismiss adversary proceeding under Rule 12(b)(1), (6), and Rule 12(e) filed by Defendant (Doc 8)

For WebEx Video Participation/Attendance:

Link: https://uscourts.webex.com/meet/morris
Meeting Number: 23094453213

For WebEx Telephonic Only Participation/Attendance:

DialIn: 1.650.479.3207
Meeting ID: 2309 445 3213


DATED:  February 26, 2026          FOR THE COURT:
                                   Stephen J Manz, Clerk of Court

                                   by: /s/Karyn Rueter, Deputy Clerk