ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Amanda Mae Melton | §<br>§<br>§ | |
| Debtor(s) | § | Case No.: 25−43217−elm7<br>Chapter No.: 7 |
| Richard Kevin Brown | § | |
| Plaintiff(s) | § | Adversary No.: 25−04149−elm |
| vs.<br>Amanda Mae Melton | §<br>§ | |
| Defendant(s) | § | |

## NOTICE SETTING HEARING

A WebEx hearing has been set in the U.S. Bankruptcy Court for **March 4, 2026** at **11:00 AM** before the Honorable Edward L. Morris at https://us−courts.webex.com/meet/morris to consider

Ruling re: Motion to dismiss adversary proceeding under Rule 12(b)(1), (6), and Rule 12(e) filed by Defendant (Doc 8)

For WebEx Video Participation/Attendance:

Link: https://uscourts.webex.com/meet/morris
Meeting Number: 23094453213

For WebEx Telephonic Only Participation/Attendance:

DialIn: 1.650.479.3207
Meeting ID: 2309 445 3213


DATED: February 26, 2026         FOR THE COURT:
                                 Stephen J Manz, Clerk of Court

                                 by: /s/Karyn Rueter, Deputy Clerk

United States Bankruptcy Court

Northern District of Texas

Brown,
    Plaintiff

Melton,
    Defendant

Adv. Proc. No. 25-04149-elm

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: ntchrg | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cassie M Meyer, The Allen Firm, PC, 181 S Graham Street, Stephenville, TX 76401-4201 |
| aty | + | Cassie Meyer, The Allen Firm, P.C., 181 South Graham Street, Stephenville, TX 76401-4201 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Defendant Amanda Mae Melton clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 1