

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 4, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 25-43217-ELM |
| AMANDA MAE MELTON, § | |
| § | Chapter 7 |
| Debtor. § | |
| § | |
| RICHARD KEVIN BROWN, § | |
| § | |
| Plaintiff, § | |
| v. § | Adversary No. 25-04149 |
| § | |
| AMANDA MAE MELTON, § | |
| § | |
| Defendant. § | |

### ORDER DENYING MOTION TO DISMISS

Before the Court for determination is the *Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1), (6), and 12(e)* [Docket No. 8] (the "**Dismissal Motion**") filed by Defendant Amanda Mae Melton (the "**Defendant**") in relation to the *Complaint to Determine Dischargeability of Debt Under Sections 523(a)(2)(A) and 523(a)(6)* (the "**Complaint**") filed by Plaintiff Richard Kevin Brown (the "**Plaintiff**"). *See* Docket No. 18 (corrected copy of the Complaint). In response to the Dismissal Motion, Plaintiff has filed *Plaintiff's Response to Defendant's Motion to Dismiss* [Docket No. 12] (the "**Response**").

Page 1

The Court conducted hearings on the Dismissal Motion on January 27 and February 19, 2026, at the conclusion of which the Court took the matter under advisement. On March 4, 2026, the Court conducted a hearing for the purpose of providing an oral ruling on the Dismissal Motion.

Based upon such ruling, which is incorporated herein by reference, it is hereby:

**ORDERED** that the Dismissal Motion is DENIED as follows:

1. With respect to the request for dismissal of the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) (applicable to this proceeding pursuant to Fed. R. Bankr. P. 7012(b)), the Dismissal Motion is denied in all respects.

2. With respect to the request for dismissal of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (including on account of the noncompliance with Fed. R. Civ. P. 9(b)) and 12(e) (all applicable to this proceeding pursuant to Fed. R. Bankr. P. 7012(b) and 7009), the Dismissal Motion is denied without prejudice as moot based upon the Court's separate grant of the Plaintiff's request for leave to file an amended complaint.

### END OF ORDER ###