

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 4, 2026**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-43217-ELM |
| AMANDA MAE MELTON, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| RICHARD KEVIN BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 25-04149 |
| | § | |
| AMANDA MAE MELTON, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING IN PART, AND DENYING IN PART, PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Before the Court for determination is the *Plaintiff's Motion for Leave to File First Amended Complaint* [Docket No. 15] (the "**Motion for Leave**") pursuant to which the Plaintiff requests leave of court pursuant to Fed. R. Civ. P. 15(a)(2) (applicable to this proceeding pursuant to Fed. R. Bankr. P. 7015) to file the proposed *Plaintiff's First Amended Adversary Complaint* attached to the Motion for Leave as Exhibit A (the "**Amended Complaint**").

In opposition to the Motion for Leave, Defendant has filed *Defendant's Response in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint* [Docket No. 21] (the "**Response**").

Having considered the Motion for Leave and the Response, and noting that Fed. R. Civ. P. 15(a)(2) provides that "[t]he court should freely give leave when justice so requires," the Court finds cause to grant the Motion for Leave in all respects except to the extent that it would add causes of action under 11 U.S.C. § 727, inasmuch as the deadline for filing a complaint to object to the Defendant's chapter 7 discharge has already passed.

Accordingly, it is hereby:

**ORDERED** that the Motion for Leave is GRANTED IN PART, AND DENIED IN PART, as follows:

1. To the extent the Plaintiff seeks to add causes of action under 11 U.S.C. § 727 pursuant to the Amended Complaint, the Motion for Leave is denied and Plaintiff is not granted leave to assert any causes of action against Defendant under 11 U.S.C. § 727.

2. In all other respects, the Motion for Leave is granted and, provided all causes of action under 11 U.S.C. § 727 are removed from the Amended Complaint, Plaintiff is permitted to file the Amended Complaint (as so revised, the "**Revised Amended Complaint**").

It is further

**ORDERED** that the deadline for Plaintiff to file and serve the Revised Amended Complaint shall be seven (7) days from the date of entry of this Order; and it is further

**ORDERED** that, consistent with the provisions of Fed. R. Civ. P. 15(a)(3), the deadline for Defendant to respond to the Revised Amended Complaint shall be fourteen (14) days after the date of filing of the Revised Amended Complaint.[1]

### END OF ORDER ###

---

[1] For the avoidance of doubt, nothing herein is intended to constitute a determination of the viability of any cause of action that may be included in the Revised Amended Complaint or a determination of the sufficiency of the Revised Amended Complaint, and the Defendant may respond to the Revised Amended Complaint in any manner that would be permissible in relation to an originally filed complaint.