

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 4, 2026**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-43217-ELM |
| AMANDA MAE MELTON, | § | |
| | § | Chapter 7 |
|     Debtor. | § | |
| | § | |
| RICHARD KEVIN BROWN, | § | |
| | § | |
|     Plaintiff, | § | |
| v. | § | Adversary No. 25-04149 |
| | § | |
| AMANDA MAE MELTON, | § | |
| | § | |
|     Defendant. | § | |

## ORDER DENYING MOTION TO DISMISS

Before the Court for determination is the *Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1), (6), and 12(e)* [Docket No. 8] (the "**Dismissal Motion**") filed by Defendant Amanda Mae Melton (the "**Defendant**") in relation to the *Complaint to Determine Dischargeability of Debt Under Sections 523(a)(2)(A) and 523(a)(6)* (the "**Complaint**") filed by Plaintiff Richard Kevin Brown (the "**Plaintiff**"). *See* Docket No. 18 (corrected copy of the Complaint). In response to the Dismissal Motion, Plaintiff has filed *Plaintiff's Response to Defendant's Motion to Dismiss* [Docket No. 12] (the "**Response**").

The Court conducted hearings on the Dismissal Motion on January 27 and February 19, 2026, at the conclusion of which the Court took the matter under advisement.  On March 4, 2026, the Court conducted a hearing for the purpose of providing an oral ruling on the Dismissal Motion.

Based upon such ruling, which is incorporated herein by reference, it is hereby:

**ORDERED** that the Dismissal Motion is DENIED as follows:

1.      With respect to the request for dismissal of the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) (applicable to this proceeding pursuant to Fed. R. Bankr. P. 7012(b)), the Dismissal Motion is denied in all respects.

2.      With respect to the request for dismissal of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (including on account of the noncompliance with Fed. R. Civ. P. 9(b)) and 12(e) (all applicable to this proceeding pursuant to Fed. R. Bankr. P. 7012(b) and 7009), the Dismissal Motion is denied without prejudice as moot based upon the Court's separate grant of the Plaintiff's request for leave to file an amended complaint.

# # #   END OF ORDER   # # #

United States Bankruptcy Court

Northern District of Texas

Brown,

    Plaintiff

                                                Adv. Proc. No. 25-04149-elm

Melton,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: pdf001 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cassie M Meyer, The Allen Firm, PC, 181 S Graham Street, Stephenville, TX 76401-4201 |
| aty | + | Cassie Meyer, The Allen Firm, P.C., 181 South Graham Street, Stephenville, TX 76401-4201 |
| dft | + | Amanda Mae Melton, Leinart Law Firm, 10670 N Centra Expressway Suite 320, Dallas, TX 75231-2173 |
| pla | + | Richard Kevin Brown, The Allen Firl, 181 S Graham Street, Stephenville, TX 76401-4201 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0539-4                               User: admin                                          Page 2 of 2
Date Rcvd: Mar 05, 2026                            Form ID: pdf001                                    Total Noticed: 9

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Cassie Meyer

                                  on behalf of Plaintiff Richard Kevin Brown cassie@allenlawfirm.com

Clayton Everett

                                  on behalf of Defendant Amanda Mae Melton clayton@norredlaw.com
                                  clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.
                                  com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 2