

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 4, 2026

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-43217-ELM |
| AMANDA MAE MELTON, | § | |
| | § | Chapter 7 |
|     Debtor. | § | |
| | § | |
| RICHARD KEVIN BROWN, | § | |
| | § | |
|     Plaintiff, | § | |
| v. | § | Adversary No. 25-04149 |
| | § | |
| AMANDA MAE MELTON, | § | |
| | § | |
|     Defendant. | § | |

### ORDER GRANTING IN PART, AND DENYING IN PART, PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

    Before the Court for determination is the *Plaintiff's Motion for Leave to File First Amended Complaint* [Docket No. 15] (the "**Motion for Leave**") pursuant to which the Plaintiff requests leave of court pursuant to Fed. R. Civ. P. 15(a)(2) (applicable to this proceeding pursuant to Fed. R. Bankr. P. 7015) to file the proposed *Plaintiff's First Amended Adversary Complaint* attached to the Motion for Leave as Exhibit A (the "**Amended Complaint**").

Page 1

In opposition to the Motion for Leave, Defendant has filed *Defendant's Response in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint* [Docket No. 21] (the "**Response**").

Having considered the Motion for Leave and the Response, and noting that Fed. R. Civ. P. 15(a)(2) provides that "[t]he court should freely give leave when justice so requires," the Court finds cause to grant the Motion for Leave in all respects except to the extent that it would add causes of action under 11 U.S.C. § 727, inasmuch as the deadline for filing a complaint to object to the Defendant's chapter 7 discharge has already passed.

Accordingly, it is hereby:

**ORDERED** that the Motion for Leave is GRANTED IN PART, AND DENIED IN PART, as follows:

1. To the extent the Plaintiff seeks to add causes of action under 11 U.S.C. § 727 pursuant to the Amended Complaint, the Motion for Leave is denied and Plaintiff is not granted leave to assert any causes of action against Defendant under 11 U.S.C. § 727.

2. In all other respects, the Motion for Leave is granted and, provided all causes of action under 11 U.S.C. § 727 are removed from the Amended Complaint, Plaintiff is permitted to file the Amended Complaint (as so revised, the "**Revised Amended Complaint**").

It is further

**ORDERED** that the deadline for Plaintiff to file and serve the Revised Amended Complaint shall be seven (7) days from the date of entry of this Order; and it is further

**ORDERED** that, consistent with the provisions of Fed. R. Civ. P. 15(a)(3), the deadline for Defendant to respond to the Revised Amended Complaint shall be fourteen (14) days after the date of filing of the Revised Amended Complaint.[1]

### END OF ORDER ###

---

[1] For the avoidance of doubt, nothing herein is intended to constitute a determination of the viability of any cause of action that may be included in the Revised Amended Complaint or a determination of the sufficiency of the Revised Amended Complaint, and the Defendant may respond to the Revised Amended Complaint in any manner that would be permissible in relation to an originally filed complaint.

United States Bankruptcy Court

Northern District of Texas

Brown,
    Plaintiff

Adv. Proc. No. 25-04149-elm

Melton,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 05, 2026 | Form ID: pdf001 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cassie M Meyer, The Allen Firm, PC, 181 S Graham Street, Stephenville, TX 76401-4201 |
| aty | + | Cassie Meyer, The Allen Firm, P.C., 181 South Graham Street, Stephenville, TX 76401-4201 |
| dft | + | Amanda Mae Melton, Leinart Law Firm, 10670 N Centra Expressway Suite 320, Dallas, TX 75231-2173 |
| pla | + | Richard Kevin Brown, The Allen Firl, 181 S Graham Street, Stephenville, TX 76401-4201 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 05 2026 21:35:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0539-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: pdf001 | Total Noticed: 9 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Cassie Meyer
                  on behalf of Plaintiff Richard Kevin Brown cassie@allenlawfirm.com

Clayton Everett
                  on behalf of Defendant Amanda Mae Melton clayton@norredlaw.com
                  clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 2