IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **AMANDA MAE MELTON** § § | | **CASE NO. 25-43217-elm7** |
| *Debtor,* § § | | **CHAPTER 7** |
| **RICHARD KEVIN BROWN** § § *Plaintiff,* § § | | **ADVERSARY PROCEEDING NO. 25-04149-elm7** |
| **v.** § § § | | |
| **AMANDA MAE MELTON** § *Defendant.* § | | |

## CERTIFICATE OF SERVICE ON PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

I hereby certify that on this 12th day of March 2026, a true and correct copy of Plaintiff's Designation of Expert Witnesses was served upon the following counsel of record via electronic mail, as agreed upon by the parties:

Clayton L. Everett
Norred Law, PLLC
clayton@norredlaw.com
*Counsel for Defendant/Debtor*

                                                THE ALLEN FIRM, P.C.
                                                By:/s/ **Cassie M Meyer**