## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

In re:
Amanda Mae Melton,

      Debtor.

Richard Kevin Brown,
      Plaintiff,

  vs.

Amanda Mae Melton,
      Defendant.

Bankr. Case No. 25-43217-elm7

Chapter 7

Adversary No. 25-04149-elm

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION the Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion") filed by Amanda Mae Melton ("Defendant"). After considering the Motion, any response, the pleadings on file, and the arguments of counsel, the Court finds that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that:

1. Defendant's Motion to Dismiss is **GRANTED** in its entirety.

2. All claims asserted against Defendant Amanda Mae Melton in the Plaintiff's Second Amended Complaint are hereby **DISMISSED WITH PREJUDICE**.

3. Plaintiff is denied further leave to amend the complaint as to this Defendant.

4. All relief not expressly granted herein is DENIED.

# # # End of Order # # #