**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **AMANDA MAE MELTON** | § | **CASE NO. 25-43217-elm7** |
| | § | |
| *Debtor*, | § | **CHAPTER 7** |
| | § | |
| **RICHARD KEVIN BROWN** | § | **ADVERSARY PROCEEDING** |
| *Plaintiff*, | § | **NO. 25-04149-elm7** |
| | § | |
| **v.** | § | |
| | § | |
| **AMANDA MAE MELTON** | § | |
| *Defendant.* | § | |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Before the Court for Determination is the Defendant Melton's Motion to Dismiss

Plaintiff's Second Amended Complaint Under Fed. R. Civ. P 12(b)(6) and 9(b) ("Motion") filed

by Amanda Mae Melton ("Defendant"). The Court, having considered the Motion, the Response

filed by Plaintiff Richard Kevin Brown, the pleadings on file, and the arguments of counsel,
finds that the Motion should be **DENIED.**

The Court finds that the Plaintiff's Second Amended Complaint contains sufficient factual matter, accepted as true, to state a claim for relief that is plausible on its face under Federal Rule of Civil Procedure 12(b)(6), as incorporated by Federal Rule of Bankruptcy Procedure 7012.

Furthermore, the Court finds that the allegations of fraud are pled with sufficient particularity to satisfy the requirements of Federal Rule of Civil Procedure 9(b), as incorporated by Federal Rule of Bankruptcy Procedure 7009, by providing the Defendant with fair notice of the specific conduct and misrepresentations alleged.

It is therefore **ORDERED** that:

1. The Defendant's Motion to Dismiss is DENIED in its entirety.

2. Pursuant to Federal Rule of Bankruptcy Procedure 7012(a), the Defendant is directed to file an Answer to the Second Amended Complaint within fourteen (14) days of the entry of this Order.

# # END OF ORDER # #
