

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 24, 2026**

_____
**United States Bankruptcy Judge**

_____

## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Amanda Mae Melton,<br><br>    Debtor.<br><br>Richard Kevin Brown,<br>    Plaintiff,<br><br> vs.<br><br>Amanda Mae Melton,<br>    Defendant. | Bankr. Case No. 25-43217-elm7<br><br>Chapter 7<br><br><br><br><br>Adversary No. 25-04149-elm |

### ORDER CONDITIONALLY GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION the Defendant's Motion to Dismiss Plaintiff's

Second Amended Complaint ("Motion") filed by Amanda Mae Melton ("Defendant"). The

Court, having conducted a hearing on the matter and having considered the Motion, the response,

the pleadings on file, and the arguments of counsel, finds that for the reasons stated in the Court's oral ruling, the Motion should be GRANTED in part and DENIED in part.

Accordingly, it is hereby ORDERED that:

1. **Conditional Grant of Dismissal**: The Motion is CONDITIONALLY GRANTED with respect to the following counts:

   a) **Count I:** Non-Dischargeability under 11 U.S.C. § 523(a)(2)(A);

   b) **Count II:** Non-Dischargeability under 11 U.S.C. § 523(a)(6), only to the extent the allegations are based on fraud;

   c) **Count VI:** Violations of the Texas Deceptive Trade Practices Act (DTPA);

   d) **Count VII:** Common Law Fraud; and

   e) **Count X:** Civil Conspiracy, only to the extent the allegations are based on fraud.

2. **Relief Under Rule 12(e):** For all relief conditionally granted above, the Plaintiff is granted leave under Fed. R. Civ. P. 12(e) (as incorporated by Fed. R. Bankr. P. 7012) to replead these claims with more definite statements to cure the identified deficiencies.

3. **Denial of Dismissal:** The Motion is DENIED with respect to the following counts, which shall remain as pleaded:

   a) **Count II:** Non-Dischargeability under 11 U.S.C. § 523(a)(6) to the extent the allegations are based on conversion;

   b) **Count VIII:** Conversion;

   c) **Count IX:** Breach of Contract; and

   d) **Count X**: Civil Conspiracy, to the extent the allegations are based on conversion.

4. **Deadlines for Amendment:** The Plaintiff shall have until May 6, 2026, to file a Third Amended Complaint.

5. **Responsive Pleading**: If the Plaintiff files a Third Amended Complaint, the Defendant shall respond in accordance with the Federal Rules of Bankruptcy Procedure. If the Plaintiff does not file an amended complaint by the May 6 deadline, the Defendant shall have until May 20, 2026, to file an answer or other responsive pleading to the remaining counts.

6. All other relief not expressly granted herein is DENIED.

# # # End of Order # # #

Approved by:

 /s/ Clayton L. Everett_____
Clayton L. Everett
Counsel for Defendant

Approved by:

 /s/ Cassie M. Meyer_____
Cassie M. Meyer
Counsel for Plaintiff