United States Bankruptcy Court

Northern District of Texas

Brown,

    Plaintiff

Melton,

    Defendant

Adv. Proc. No. 25-04149-elm

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2026 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cassie Meyer, The Allen Firm, P.C., 181 South Graham Street, Stephenville, TX 76401-4201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 27 2026 21:51:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 27 2026 21:51:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 27 2026 21:51:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 27 2026 21:51:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 27 2026 21:51:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0539-4                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 27, 2026                      Form ID: pdf001                               Total Noticed: 6

Date: Apr 29, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | |
| | on behalf of Defendant Amanda Mae Melton clayton@norredlaw.com |
| | clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 1





CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 24, 2026**

**United States Bankruptcy Judge**

---

## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Amanda Mae Melton,<br><br>       Debtor.<br><br>Richard Kevin Brown,<br>       Plaintiff,<br><br> vs.<br><br>Amanda Mae Melton,<br>       Defendant. | Bankr. Case No. 25-43217-elm7<br><br>Chapter 7<br><br><br><br>Adversary No. 25-04149-elm |

### ORDER CONDITIONALLY GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION the Defendant's Motion to Dismiss Plaintiff's

Second Amended Complaint ("Motion") filed by Amanda Mae Melton ("Defendant"). The

Court, having conducted a hearing on the matter and having considered the Motion, the response,

the pleadings on file, and the arguments of counsel, finds that for the reasons stated in the Court's

oral ruling, the Motion should be GRANTED in part and DENIED in part.

Accordingly, it is hereby ORDERED that:

1. **Conditional Grant of Dismissal**: The Motion is CONDITIONALLY GRANTED with respect to the following counts:

    a) **Count I:** Non-Dischargeability under 11 U.S.C. § 523(a)(2)(A);

    b) **Count II:** Non-Dischargeability under 11 U.S.C. § 523(a)(6), only to the extent the allegations are based on fraud;

    c) **Count VI:** Violations of the Texas Deceptive Trade Practices Act (DTPA);

    d) **Count VII:** Common Law Fraud; and

    e) **Count X:** Civil Conspiracy, only to the extent the allegations are based on fraud.

2. **Relief Under Rule 12(e):** For all relief conditionally granted above, the Plaintiff is granted leave under Fed. R. Civ. P. 12(e) (as incorporated by Fed. R. Bankr. P. 7012) to replead these claims with more definite statements to cure the identified deficiencies.

3. **Denial of Dismissal:** The Motion is DENIED with respect to the following counts, which shall remain as pleaded:

    a) **Count II:** Non-Dischargeability under 11 U.S.C. § 523(a)(6) to the extent the allegations are based on conversion;

    b) **Count VIII:** Conversion;

    c) **Count IX:** Breach of Contract; and

    d) **Count X**: Civil Conspiracy, to the extent the allegations are based on conversion.

4. **Deadlines for Amendment:** The Plaintiff shall have until May 6, 2026, to file a Third Amended Complaint.

5. **Responsive Pleading**: If the Plaintiff files a Third Amended Complaint, the Defendant shall respond in accordance with the Federal Rules of Bankruptcy Procedure. If the Plaintiff does not file an amended complaint by the May 6 deadline, the Defendant shall have until May 20, 2026, to file an answer or other responsive pleading to the remaining counts.

6. All other relief not expressly granted herein is DENIED.

# # # End of Order # # #

Approved by:

_/s/ Clayton L. Everett_____
Clayton L. Everett
Counsel for Defendant


Approved by:

_/s/ Cassie M. Meyer_____
Cassie M. Meyer
Counsel for Plaintiff