# Exhibit P-001

Outlook

## Fwd: 67 Chevelle Service Agreement

**From** R Kevin Brown <rkevinbrown@gmail.com>

**Date** Sat 7/19/2025 8:10 AM

**To** Cassie Meyer <Cassie@allenlawfirm.com>; Shawnee Markland <shawnee@allenlawfirm.com>

1 attachment (57 KB)

67 Chevelle Service Agreement - Google Docs.pdf;

R Kevin Brown
Owner, Partner & Operations
M 720-987-6864

Seven Doors Kitchen
Great Food, Love & Gratitude
5774 Grandscape Blvd. The Colony, TX 75056
T 972-410-0406

Via Baci
Modern Italian Kitchen + Bar
10005 Common St.
Lone Tree, CO 80124
T 303-790-0828

---------- Forwarded message ---------
From: **Amanda Melton** <amanda.melton@sville.us>
Date: Thu, Oct 17, 2024 at 2:54 PM
Subject: 67 Chevelle Service Agreement
To: RKevinBrown@gmail.com <RKevinBrown@gmail.com>

 **Outlook**

## Fwd: 67 Chevelle Service Agreement

**From** R Kevin Brown <rkevinbrown@gmail.com>
**Date** Sat 7/19/2025 8:09 AM
**To**  Cassie Meyer <Cassie@allenlawfirm.com>; Shawnee Markland <shawnee@allenlawfirm.com>

R Kevin Brown
Owner, Partner & Operations
M 720-987-6864

Seven Doors Kitchen
Great Food, Love & Gratitude
5774 Grandscape Blvd. The Colony, TX 75056
T 972-410-0406

Via Baci
Modern Italian Kitchen + Bar
10005 Common St.
Lone Tree, CO 80124
T 303-790-0828

---------- Forwarded message ----------
From: **R Kevin Brown** <rkevinbrown@gmail.com>
Date: Thu, Oct 17, 2024 at 5:31PM
Subject: Re: 67 Chevelle Service Agreement
To: Amanda Melton <amanda.melton@sville.us>

Thank You , Wire Sent

R Kevin Brown
Co-Owner, Founder & Managing Partner

720-987-6864
rkevinbrown@gmail.com



On Oct 17, 2024, at 4:54 PM, Amanda Melton <amanda.melton@sville.us> wrote:

<67 Chevelle Service Agreement – Google Docs.pdf>

# Steve's Performance & Restoration

707 CR 177, Stephenville, TX 76401 (817) 948-1092 swmelton@yahoo.com

Service Agreement 1967 Chevrolet Chevelle: Projected Completion Date - July 2025

1.  Parts needed for Restoration:
    *Rear Tail Pan Body Panel *Driver Quarter Panel *Passenger Quarter Panel *Driver Outer
    Wheel House *Passenger Outer Wheel House *Driver Fender
    *Passenger Fender *Front Fender Well 1 *Front Fender Well 2 *Radiator Core Support
    *Upper Rear Body Panel *RMK
    *Horseshoe Shifter
    *Digital Gauges
    *Vintage Air Conditioning *AutoSound Bluetooth Radio *Dash Bezel Chrome Kit *Battery Tray
    *SuperSport Trim Kit
    *Bolt Kit
    *Body Mount Bushings Kit

2.  Labor
    Customer will cover any additional labor and unforeseen expenses.

3.  Downpayment ($25,263.54) to be wired by Friday, October 18, 2024: Parts
    Taxes for Parts Paint Materials Labor
    $169.99 plus tax $390.00 plus tax $390.00 plus tax $149.00 plus tax $149.00 plus tax
    $358.99 plus tax $358.99 plus tax $228.13 plus tax $228.13 plus tax $392.95 plus tax
    $189.95 plus tax $430.00 plus tax $446.99 plus tax $1,061.00 plus tax $2,100.00 plus tax
    $207.00 plus tax $300.00 plus tax $39.95 plus tax $2,280.75 plus tax $355.99 plus tax
    $189.99 plus tax

$18,500

$9,989.42 $824.12 $5,200.00 $9,250.00

_____

4.  When car is in primer, 30% of remaining balance will be due ($2,775.00)

5.  When car is finished and picked up by owner, the remaining 70% of balance will be due
    ($6,475).

_____ Steve Melton, Owner

_____ Kevin Brown, Customer

_____ Date
                    10/17/24

_____ Date