# Exhibit P-002

 **Outlook**

---

## Fwd: 67 Chevelle Service Agreement

---

**From** R Kevin Brown <rkevinbrown@gmail.com>

**Date** Sat 7/19/2025 8:09 AM

**To**    Cassie Meyer <Cassie@allenlawfirm.com>; Shawnee Markland <shawnee@allenlawfirm.com>

R Kevin Brown
Owner, Partner & Operations
M 720-987-6864

Seven Doors Kitchen
Great Food, Love & Gratitude
5774 Grandscape Blvd. The Colony, TX 75056
T 972-410-0406

Via Baci
Modern Italian Kitchen + Bar
10005 Common St.
Lone Tree, CO 80124
T 303-790-0828

---------- Forwarded message ---------
From: **R Kevin Brown** <rkevinbrown@gmail.com>
Date: Thu, Oct 17, 2024 at 5:31PM
Subject: Re: 67 Chevelle Service Agreement
To: Amanda Melton <amanda.melton@sville.us>

Thank You , Wire Sent

R Kevin Brown
Co-Owner, Founder & Managing Partner

720-987-6864
rkevinbrown@gmail.com



On Oct 17, 2024, at 4:54 PM, Amanda Melton <amanda.melton@sville.us> wrote:

<67 Chevelle Service Agreement – Google Docs.pdf>

 **Outlook**

---

## Fwd: Wells Fargo Wire Transfer Initiated

---

**From** R Kevin Brown <rkevinbrown@gmail.com>

**Date** Sat 7/19/2025 8:09 AM

**To**    Cassie Meyer <Cassie@allenlawfirm.com>; Shawnee Markland <shawnee@allenlawfirm.com>

R Kevin Brown
Owner, Partner & Operations
M 720-987-6864

Seven Doors Kitchen
Great Food, Love & Gratitude
5774 Grandscape Blvd. The Colony, TX 75056
T 972-410-0406

Via Baci
Modern Italian Kitchen + Bar
10005 Common St.
Lone Tree, CO 80124
T 303-790-0828

---------- Forwarded message ---------
From: **R Kevin Brown** <rkevinbrown@gmail.com>
Date: Sat, Oct 19, 2024 at 7:37 AM
Subject: Fwd: Wells Fargo Wire Transfer Initiated
To: Amanda Melton <amanda.melton@sville.us>

Hopefully i got it right this time !

Steve
this is for the initial deposit ( i sent 5k through Zelle yesterday)
I will need to spend some time on the TMI interior selections and will get you
those funds when we are ready to place the order OK ?
**R Kevin Brown**
*Owner, Partner & Operations*

M 720-987-6864

 

---------- Forwarded message ---------
From: **Wells Fargo Online** <alerts@notify.wellsfargo.com>
Date: Sat, Oct 19, 2024 at 7:30 AM
Subject: Wells Fargo Wire Transfer Initiated
To: <rkevinbrown@gmail.com>

WELLS FARGO

## Your Wire Transfer is being processed

You recently submitted the following transfer:

**Transfer details**

| | |
|---|---|
| **To account** | XXXXX9449 |
| **From account** | XXXXXX5551 |
| **Amount** | $20,263.54 |
| **Send on** | 10/21/2024 |
| **Confirmation number** | OW00005033372390 |

If you did not submit this transfer, or if you have questions, please call Wells Fargo Online Customer Service at 1-800-956-4442. We are available 24 hours a day, 7 days a week

---

**wellsfargo.com**    |    Security Center    |    Contact Us

**Please do not reply to this automated email.**

fd2d1e1a-eb22-4a6d-bfed-8492d776e16c

I was fixing to ask you for a few more minutes

I'm ready when you are

Could you send build sheet / invoice on motor so we can walk thru all specs + look at any info/ notes he might have made

It should have been sent already by wife earlier today let me check with her

Thu, Feb 20 at 6:33 AM

Wife didn't make it back to school yesterday afternoon  but today when she gets out of meetings she is emailing it

I will reach out to you today around 3 to 4

Also have a great idea for the front end

Thu, Feb 20 at 11:04 AM

Can you jump on a call real quick

Call me back

I'll call you right back in a minute

Thu, Feb 20 at 3:03 PM

I'm available if you are

OK but I still don't have the engine invoice from ADM

She just got off so she is sending it

~~One just got on so she is sending it~~

I mainly want to talk about front end today but to at can wait also

She is sending the whole file on everything we have for the car .

Can I call you later?

Ill call back in 10

Is now good?

Steve, I still haven't received any of the files if they're too big she may have to shrink them or send them separately. I'm not a techie she might be able to put them in a folder or a zip file and just send that.

I will tell her and after we finish hamburgers I will see if we can get back over there and do that

Thanks

Thu, Feb 20 at 5:32 PM

Kevin
This is Amanda I am compressing these files and as soon as they are done I will make sure they are sent over to you.

Thank You

It is still compressing. We have slow service here so I am going to let it finish and send it iver tomorrow morning as soon as I get kids

all settled down. Sorry about the delay.

Over

K

Worst case scenario, pick the biggest invoices / receipts and send them i individually
And or take pics and text

Fri, Feb 21 at 8:31AM

You got a few minutes to get in a call

Got some good news for you



At 11ish i will

I would like to get a few pictures of my car as is and I'm not sure you've been able to paint that fourth color yet but send it along when the weather permits you to do it

I have time now if you do

I do

°F ● TEMPERATURE   ● FEELS LIKE

100

At my restaurant in Denver, it's -2

Now that's cold

And 17 is miserable for your area. Hopefully it warms up later this week.

It should

My wife is working on everything for us and will check everything and make sure no name tags are it

Thanks and I understand it's near impossible to get much done but it's that cold out so no worries

Tue, Jan 21 at 10:21 AM

Will you be available for a call tomorrow

Sure, what ever time works for you

Wed, Jan 22 at 7:24 AM

Would 10 work for you

Yes ill call you then

Wed, Jan 22 at 9:15 AM

Do you have time now?

Took the fog lights off.

Insurance said we can send pictures once the car is finished, but they do need copies of the invoices and I know your wife's working on getting them to me. Thanks.

Call
Me real quick

I have a cpa question for you



Hope you don't mind pink

Also think about where you want rear camera and front camera installed

Fri, Feb 21 at 6:45 PM



This item can ship within a week