# Exhibit P-004

 

A division of First National Bank Texas



STEVE MELTON OR
AMANDA MAE MELTON
3960 COUNTY ROAD 156
BLUFF DALE TX 76433-3313

PUTTING CUSTOMERS
FIRST SINCE 1901

1STNB.com          1STCB.com
800-677-9801       800-903-7490

FHNB.com
800-477-9801

P.O. Box 937 | Killeen, Texas 76540

**We are committed to being your bank of choice by offering reliable products and excellent service.** With extended in-store hours, nearby branches and ATMs, and 24/7 online and mobile banking services, convenience is always just around the corner. Check out **1stnb.com** for the latest products and service options, or visit one of your local banking centers to see what other products we can offer you!

## ACCOUNT SUMMARY                Balance as of 08/20/24

| Account | Account Number | Balance |
|---|---|---|
| THE POWER ACCOUNT | ████9449 | 200.98- |

## STATEMENT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | 07/21/24 | ██ |
| Deposits/Misc Credits | 2 | 1,355.13 |
| Withdrawals/Misc Debits | 9 | 1,556.42 |
| Ending Balance | 08/20/24 | 200.98- |
| Service Charge | | 12.00 |



MEMBER FDIC



EQUAL HOUSING LENDER

**FIRST NATIONAL BANK** TEXAS

**FIRST CONVENIENCE BANK**
A division of First National Bank Texas

## TRANSACTION ACTIVITY

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|------|----------------------|----------|-------------|----------------|
| 8/10 | POS PURCHASE RETURN | 55.13 | | |
| | O'REILLY 807 STEPHENVILLE TX 123456 | | | |
| | *****0526 08/09 05:55 | | | 55.44 |
| 8/13 | INTERNET TRANSFER TO: DDXXXX9275 | | 20.00 | 35.44 |
| 8/14 | POS PURCHASE | | 11.02 | |
| | SONIC DRIVE IN # STEPHENVILLE TX | | | |
| | 123456 *****5977 08/13 11:34 | | | 24.42 |
| 8/16 | INTERNET TRANSFER FROM: DDXXXX8532 | 1,300.00 | | |
| 8/16 | INTERNET TRANSFER TO: DDXXXX8532 | | 700.00 | |
| 8/16 | ATM WITHDRAWAL | | 603.00 | |
| | INTERBANK    INTERBANK STEPHENVILLE TX | | | |
| | TX0012 *****5977 08/16 06:46 | | | |
| 8/16 | Foreign ATM Fee TX0012 | | 2.50 | |
| | INTERBANK    INTERBANK STEPHENVILLE TX | | | 18.92 |
| 8/19 | POS PURCHASE | | 19.95 | |
| | CRT LEXINGTON LA SALT LAKE CIT UT | | | |
| | 123456 *****0526 08/18 05:26 | | | |
| 8/19 | POS PURCHASE | | 119.95 | |
| | CRT LEXINGTON LA SALT LAKE CIT UT | | | |
| | 123456 *****0526 08/18 05:26 | | | |
| 8/19 | Overdraft Charge | | 68.00 | 188.98- |
| 8/20 | MONTHLY MAINTENANCE FEE | | 12.00 | 200.98- |

| | Current Period | Year To Date |
|------|----------------|--------------|
| Total Overdraft Fees | 68.00 | 136.00 |
| Total Non-Sufficient Funds (NSF) Fees | .00 | .00 |



MEMBER **FDIC**

*Pending transactions are not reflected in the Daily Balance.    **Indicates skip in check numbers
Checks converted to ACH will not have an image.



EQUAL HOUSING LENDER



Statement Date:    08/21/24 - 09/20/24
Page:    1 of 2

STEVE MELTON OR
AMANDA MAE MELTON
3960 COUNTY ROAD 156
BLUFF DALE TX 76433-3313

**PUTTING CUSTOMERS FIRST SINCE 1901**

1STNB.com
800-677-9801

1STCB.com
800-903-7490

FHNB.com
800-477-9801

P.O. Box 937 | Killeen, Texas 76540

Invest in yourself with POWER STASH. Set aside funds from the rest of your money that you can still access online or at your local branch. Whether you're saving for a rainy day or an exciting opportunity, set up automatic transfers based on your budget and watch your stash grow. Open an account online at 1stnb.com or see a personal banker today!

Avoid a $5.00 Monthly Maintenance Fee by maintaining an open and active checking account other than a Power Stash account.

## ACCOUNT SUMMARY                    Balance as of 09/20/24

| Account | Account Number | Balance |
|---|---|---|
| THE POWER ACCOUNT | 9449 | 300.93- |

## STATEMENT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | 08/21/24 | 200.98- |
| Deposits/Misc Credits | 0 | .00 |
| Withdrawals/Misc Debits | 4 | 99.95 |
| Ending Balance | 09/20/24 | 300.93- |
| Service Charge | | 12.00 |



MEMBER FDIC



EQUAL HOUSING LENDER





A division of First National Bank Texas

Statement Date:      08/21/24 - 09/20/24
Page:                        2 of 2

## TRANSACTION ACTIVITY

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|---|---|---|---|---|
| 8/25 | Account Negative Balance Fee | | 34.00 | 234.98- |
| 9/10 | POS PURCHASE<br>CRT LEXINGTON LA SALT LAKE CIT UT<br>123456 *****0526 09/09 05:20 | | 19.95 | |
| 9/10 | Overdraft Charge | | 34.00 | 288.93- |
| 9/20 | MONTHLY MAINTENANCE FEE | | 12.00 | 300.93- |

| | Current Period | Year To Date |
|---|---|---|
| Total Overdraft Fees | 68.00 | 204.00 |
| Total Non-Sufficient Funds (NSF) Fees | .00 | .00 |





 

A division of First National Bank Texas

Statement Date:        09/21/24 - 10/20/24
Page:                              1 of 2



STEVE MELTON OR
AMANDA MAE MELTON
3960 COUNTY ROAD 156
BLUFF DALE TX 76433-3313

PUTTING CUSTOMERS
FIRST SINCE 1901

1STNB.com                    1STCB.com
800-677-9801                800-903-7490

FHNB.com
800-477-9801

P.O. Box 937 | Killeen, Texas 76540

**Exciting news!** Our bank will expand our account load service to additional retailers in November 2024. The "Account Load" fee will be renamed "Add Cash" on the Banking Services/Fee Schedule effective 11/01/2024. Additionally, we are extending the transfer cut-off time to 10:00 p.m. Central Time on 11/01/2024.

## ACCOUNT SUMMARY                    Balance as of 10/20/24

| Account | Account Number | Balance |
|---|---|---|
| THE POWER ACCOUNT | ▮▮▮▮9449 | .00 |

## STATEMENT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | 09/21/24 | 300.93- |
| Deposits/Misc Credits | 7 | 1,470.93 |
| Withdrawals/Misc Debits | 4 | 1,170.00 |
| Ending Balance | 10/20/24 | .00 |
| Service Charge | | .00 |



Dash INTO SAVINGS with our Auto Loan

Buy or refinance today and get up to **60 days of no monthly payments!***

APPLY NOW!

OPEN ZOOM SCAN

*The first monthly payment on your new auto loan may be scheduled up to 60 days after the closing date of the loan. The actual number of days will depend on the terms of the loan. Interest will accrue on your new loan beginning on the date the loan is funded and the first payment will be applied to interest accrued from the date the loan is funded to the first payment date and then to principal due. All loans and collateral subject to approval.

MEMBER FDIC



EQUAL HOUSING LENDER



A division of First National Bank Texas

Statement Date:    09/21/24 - 10/20/24
Page:    2 of 2

## TRANSACTION ACTIVITY

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|------|---------------------|----------|-------------|----------------|
| 9/21 | OD COLLECTION | 13.07 | | |
| | SET OFF FROM ******9275 | | | |
| 9/21 | OD COLLECTION | 143.70 | | |
| | SET OFF FROM ******8532 | | | 144.16- |
| 9/22 | OD COLLECTION | 144.16 | | |
| | SET OFF FROM ******8532 | | | .00 |
| 10/07 | INTERNET TRANSFER FROM: DDXXXX8532 | 250.00 | | 250.00 |
| 10/08 | INTERNET TRANSFER TO: DDXXXX8532 | | 250.00 | .00 |
| 10/11 | INTERNET TRANSFER FROM: DDXXXX9275 | 500.00 | | 500.00 |
| 10/12 | ATM WITHDRAWAL | | 500.00 | |
| | FIRST NATIONA WAL-MART 2765 STEPHENVILL | | | |
| | TX 0987R8 *****5977 10/12 08:45 | | | .00 |
| 10/17 | INTERNET TRANSFER FROM: DDXXXX8532 | 20.00 | | 20.00 |
| 10/18 | INTERNET TRANSFER FROM: DDXXXX8532 | 400.00 | | |
| 10/18 | INTERNET TRANSFER TO: DDXXXX8532 | | 40.00 | 380.00 |
| 10/19 | INTERNET TRANSFER TO: DDXXXX9275 | | 380.00 | .00 |

| | Current Period | Year To Date |
|------|----------------|--------------|
| Total Overdraft Fees | .00 | 204.00 |
| Total Non-Sufficient Funds (NSF) Fees | .00 | .00 |

*Pending transactions are not reflected in the Daily Balance.    **Indicates skip in check numbers
Checks converted to ACH will not have an image.





 



PUTTING CUSTOMERS
FIRST SINCE 1901

1STNB.com          1STCB.com
800-677-9801       800-903-7490

FHNB.com
800-477-9801

P.O. Box 937 | Killeen, Texas 76540

STEVE MELTON OR
AMANDA MAE MELTON
3960 COUNTY ROAD 156
BLUFF DALE TX 76433-3313

**Your Debit Mastercard is the perfect shopping companion this holiday season.** Don't worry about keeping track of cash; no card is more accepted around the world! Plus, you can add your debit card to your mobile wallet for a seamless way to tap, pay, and be on your merry way! Visit us online or see a personal banker for additional information about our card products.

## ACCOUNT SUMMARY                **Balance as of 11/20/24**

| Account | Account Number | Balance |
|---|---|---|
| THE POWER ACCOUNT | █████9449 | 19,295.08 |

## STATEMENT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | 10/21/24 | .00 |
| Deposits/Misc Credits | 8 | 104,524.23 |
| Withdrawals/Misc Debits | 194 | 85,229.15 |
| Ending Balance | 11/20/24 | 19,295.08 |
| Service Charge | | .00 |
| Enclosures | | 6 |



SMART
CASH LOAN
MAKE YOUR HOLIDAY
SEASON A WHOLE VIBE.

Snatch up a
loan from
$250 to $1500*
and pay it
off later.
*Apply today!*

OPEN
ZOOM
SCAN

*All loans and collateral subject to approval.*

MEMBER
FDIC



EQUAL HOUSING
LENDER



## TRANSACTION ACTIVITY

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|------|--------------------|----------|-------------|----------------|
| 10/21 | ORIG:GOLDEN EAGLE RESTAURANTS LLC TRN:P202410210003697 | 20,263.54 | | |
| 10/21 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 10/21 | INTERNET TRANSFER TO: DDXXXX8532 | | 1,500.00 | |
| 10/21 | INCOMING WIRE FEE-P202410210003697 | | 15.00 | 18,548.54 |
| 10/22 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | |
| 10/22 | INTERNET TRANSFER TO: DDXXXX9275 | | 800.00 | |
| 10/22 | POS PURCHASE MONTANA RESTAURA STEPHENVILLE TX 123456 *****5977 10/21 11:42 | | 58.23 | |
| 10/22 | POS PURCHASE CROWN WIRELESS 2 STEPHENVILLE TX 740085 *****5977 10/21 17:53 | | 156.89 | |
| 10/22 | POS PURCHASE ALLSUPS #102360 STEPHENVILLE TX 203620 *****5977 10/22 06:47 | | 14.87 | |
| 10/22 | POS PURCHASE 258 WEST DATA DR DRAPER UT 066918 *****5977 10/22 10:40 | | 368.46 | 17,050.09 |
| 10/23 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 10/23 | INTERNET TRANSFER TO: DDXXXX9275 | | 320.00 | |
| 10/23 | INTERNET TRANSFER TO: DDXXXX8532 | | 1,000.00 | |
| 10/23 | In Branch Transaction Debit | | 3,005.00 | |
| 10/23 | POS PURCHASE EMERGENCHEALTH L IRVING TX 123456 *****5977 10/22 05:49 | | 185.33 | |
| 10/23 | POS PURCHASE STEPHENVILLE HEA STEPHENVILLE TX 123456 *****5977 10/22 05:49 | | 450.00 | |
| 10/23 | POS PURCHASE NNT ATWOOD STEPHENV0023 STEPHENVILLE TX 058587 *****5977 10/23 09:56 | | 95.23 | |
| 10/23 | POS PURCHASE WM SUPERCENTER #610 STEPHENVILLE TX 061000 *****5977 10/23 10:30 | | 31.87 | |
| 10/23 | POS PURCHASE WAL-MART #0610 STEPHENVILLE TX 240610 *****5977 10/23 15:59 | | 84.96 | 11,677.70 |
| 10/24 | ORIG:GOLDEN EAGLE RESTAURANTS LLC TRN:P202410240105869 | 13,945.66 | | |
| 10/24 | INTERNET TRANSFER TO: DDXXXX8532 | | 400.00 | |
| 10/24 | POS PURCHASE PIZZA HUT 255 STEPHENVILLE TX 123456 *****5977 10/22 02:27 | | 65.95 | |
| 10/24 | POS PURCHASE MORGAN MILL STOP MORGAN MILL TX 123456 *****5977 10/23 05:46 | | 42.25 | |
| 10/24 | POS PURCHASE TANGLEWOOD PHARM STEPHENVILLE TX 123456 *****5977 10/23 11:46 | | 5.12 | |
| 10/24 | POS PURCHASE ALLSUPS # 2725 WEST WA STEPHENVILLE TX 562480 *****5977 10/24 14:49 | | 35.00 | |
| 10/24 | POS PURCHASE WAL-MART #0610 STEPHENVILLE TX 240610 *****5977 10/24 15:37 | | 400.84 | |
| 10/24 | INCOMING WIRE FEE-P202410240105869 | | 15.00 | 24,659.20 |

    *Pending transactions are not reflected in the Daily Balance.    **Indicates skip in check numbers
Checks converted to ACH will not have an image.

**FIRST NATIONAL BANK** TEXAS    **1 FIRST CONVENIENCE BANK**
A division of First National Bank Texas

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|---|---|---|---|---|
| 10/25 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 10/25 | INTERNET TRANSFER TO: DDXXXX9275 | | 400.00 | |
| 10/25 | INTERNET TRANSFER TO: DDXXXX8532 | | 1,100.00 | |
| 10/25 | INTERNET TRANSFER TO: DDXXXX9275 | | 3,000.00 | |
| 10/25 | POS PURCHASE | | 67.47 | |
| | CRT LEXINGTON LA SALT LAKE CIT UT | | | |
| | 123456 *****0526 10/24 05:38 | | | |
| 10/25 | POS PURCHASE | | 22.39 | |
| | ALLSUPS # 2025 N W LOO STEPHENVILLE TX | | | |
| | 203620 *****5977 10/25 06:42 | | | |
| 10/25 | ATM WITHDRAWAL | | 202.99 | |
| | PAI ISO      2025 NW LOOP STEPHENVILLE | | | |
| | TX CS9766 *****5977 10/25 06:43 | | | |
| 10/25 | POS PURCHASE | | 49.94 | |
| | WALGREENS 2315 W WASHI STEPHENVILLE TX | | | |
| | 09040T *****5977 10/25 15:38 | | | |
| 10/25 | ATM WITHDRAWAL | | 203.00 | |
| | BACKWOODS   - 17157 S US 37 DUBLIN TX | | | |
| | L64852 *****5977 10/25 16:32 | | | |
| 10/25 | Foreign ATM Fee CS9766 | | 2.50 | |
| | PAI ISO      2025 NW LOOP STEPHENVILLE | | | |
| 10/25 | Foreign ATM Fee L64852 | | 2.50 | |
| | BACKWOODS   - 17157 S US 37 DUBLIN TX | | | 19,408.41 |
| 10/26 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 10/26 | In Branch Transaction Debit | | 1,550.00 | |
| 10/26 | INTERNET TRANSFER TO: DDXXXX8532 | | 2,000.00 | 15,658.41 |
| 10/28 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 10/28 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 10/28 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | |
| 10/28 | INTERNET TRANSFER TO: DDXXXX8532 | | 150.00 | |
| 10/28 | INTERNET TRANSFER TO: DDXXXX9275 | | 300.00 | 14,908.41 |
| 10/29 | ORIG:GOLDEN EAGLE RESTAURANTS LLC | 14,424.80 | | |
| | TRN:P202410290071724 | | | |
| 10/29 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | |
| 10/29 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 10/29 | INTERNET TRANSFER TO: DDXXXX9275 | | 300.00 | |
| 10/29 | INTERNET TRANSFER TO: DDXXXX8532 | | 350.00 | |
| 10/29 | INTERNET TRANSFER TO: DDXXXX8532 | | 800.00 | |
| 10/29 | INTERNET TRANSFER TO: DDXXXX8532 | | 900.00 | |
| 10/29 | INTERNET TRANSFER TO: DDXXXX9275 | | 2,000.00 | |
| 10/29 | In Branch Transaction Debit | | 3,000.00 | |
| 10/29 | POS PURCHASE | | 2.00 | |
| | COCA COLA FOSSIL FORT WORTH TX | | | |
| | 123456 *****5977 10/28 11:43 | | | |
| 10/29 | POS PURCHASE | | 2.00 | |
| | COCA COLA FOSSIL FORT WORTH TX | | | |
| | 123456 *****5977 10/28 11:43 | | | |
| 10/29 | POS PURCHASE | | 18.06 | |
| | MCDONALD'S F4240 STEPHENVILLE TX | | | |
| | 123456 *****5977 10/28 11:43 | | | |
| 10/29 | POS PURCHASE | | 4.83 | |
| | ALLSUPS #102360 STEPHENVILLE TX | | | |
| | 203620 *****5977 10/29 06:57 | | | |
| 10/29 | INCOMING WIRE FEE-P202410290071724 | | 15.00 | 21,641.32 |
| 10/30 | ORIG:GOLDEN EAGLE RESTAURANTS LLC | 6,722.30 | | |
| | TRN:P202410300115108 | | | |
| 10/30 | INTERNET TRANSFER TO: DDXXXX9275 | | 50.00 | |
| 10/30 | INTERNET TRANSFER TO: DDXXXX8532 | | 180.00 | |
| 10/30 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |



FIRST NATIONAL BANK TEXAS

FIRST CONVENIENCE BANK
A division of First National Bank Texas

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|---|---|---|---|---|
| 10/30 | INTERNET TRANSFER TO: DDXXXX9275 | | 400.00 | |
| 10/30 | POS PURCHASE STEPHENVILLE HEA STEPHENVILLE TX 123456 *****5977 10/29 05:58 | | 125.00 | |
| 10/30 | POS PURCHASE POSEIDON SUSHI H STEPHENVILLE TX 123456 *****5977 10/29 05:58 | | 144.33 | |
| 10/30 | POS PURCHASE PROGRESSIVE LEAS DRAPER UT 123456 *****5977 10/29 11:40 | | 84.33 | |
| 10/30 | POS PURCHASE WM SUPERCENTER #610 STEPHENVILLE TX 061000 *****5977 10/30 12:05 | | 32.35 | |
| 10/30 | INCOMING WIRE FEE-P202410300115108 | | 15.00 | 27,132.61 |
| 10/31 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 10/31 | INTERNET TRANSFER TO: DDXXXX9275 | | 150.00 | |
| 10/31 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 10/31 | INTERNET TRANSFER TO: DDXXXX8532 | | 300.00 | |
| 10/31 | INTERNET TRANSFER TO: DDXXXX8532 | | 400.00 | |
| 10/31 | INTERNET TRANSFER TO: DDXXXX9275 | | 1,000.00 | |
| 10/31 | In Branch Transaction Debit | | 15,000.00 | |
| 10/31 | POS PURCHASE SQ *BOOK FAIR - GOSQ.COM TX 123456 *****5977 10/30 02:28 | | 25.00 | |
| 10/31 | POS PURCHASE SQ *BOOK FAIR - GOSQ.COM TX 123456 *****5977 10/30 02:28 | | 25.00 | |
| 10/31 | POS PURCHASE LAKE GRANBURY PR GRANBURY TX 123456 *****5977 10/30 05:58 | | 50.00 | |
| 10/31 | POS PURCHASE SCHLOTZSKYS #493 SAN ANTONIO TX 123456 *****5977 10/30 11:47 | | 26.26 | |
| 10/31 | POS PURCHASE WM SUPERCENTER #610 STEPHENVILLE TX 061000 *****5977 10/31 16:03 | | 65.89 | 9,790.46 |
| 11/01 | ORIG:GOLDEN EAGLE RESTAURANTS LLC TRN:P202411010136614 | 4,165.00 | | |
| 11/01 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 11/01 | INTERNET TRANSFER TO: DDXXXX9275 | | 300.00 | |
| 11/01 | POS PURCHASE LV NAILS SPA STEPHENVILLE TX 123456 *****5977 10/30 02:43 | | 241.50 | |
| 11/01 | POS PURCHASE WAL-MART #0610 STEPHENVILLE TX 240610 *****5977 11/01 09:10 | | 214.06 | |
| 11/01 | INCOMING WIRE FEE-P202411010136614 | | 15.00 | 13,084.90 |
| 11/02 | INTERNET TRANSFER TO: DDXXXX9275 | | 300.00 | |
| 11/02 | INTERNET TRANSFER TO: DDXXXX8532 | | 2,000.00 | |
| 11/02 | In Branch Transaction Debit | | 3,550.00 | |
| 11/02 | POS PURCHASE STEPHENVILLE ISD STEPHENVILLE TX 123456 *****5977 11/01 02:48 | | 7.52 | |
| 11/02 | POS PURCHASE CRICKET WIRELESS 855-246-2461 FL 123456 *****5977 11/01 06:29 | | 200.00 | |
| 11/02 | POS PURCHASE COCA COLA FOSSIL FORT WORTH TX 123456 *****5977 11/01 12:09 | | 2.00 | |

*Pending transactions are not reflected in the Daily Balance.        **Indicates skip in check numbers
Checks converted to ACH will not have an image.





**FIRST NATIONAL BANK TEXAS**

**FIRST CONVENIENCE BANK**
A division of First National Bank Texas

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|---|---|---|---|---|
| 11/02 | POS PURCHASE MORGAN MI MORGAN MILL MORGAN MILL TX 0000H1 *****5977 11/02 09:59 | | 30.09 | |
| 11/02 | POS PURCHASE ALLSUPS # 2025 N W LOO STEPHENVILLE TX 203620 *****5977 11/02 10:59 | | 35.50 | |
| 11/02 | POS PURCHASE STEPHENVILLE ISD STEPHENVILLE TX 123456 *****5977 11/02 12:09 | | 14.73 | 6,945.06 |
| 11/03 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 11/03 | POS PURCHASE NNT THE ISLE AT WIN0023 THACKERVILLE OK 090188 *****5977 11/03 08:59 | | 25.64 | |
| 11/03 | ATM WITHDRAWAL EVI* WINSTAR  777 CASINO AV THACKERVILL OK OKWICX *****5977 11/03 09:05 | | 504.99 | |
| 11/03 | ATM WITHDRAWAL EVI* WINSTAR  777 CASINO AV THACKERVILL OK OKWICX *****5977 11/03 13:53 | | 84.99 | |
| 11/03 | Foreign ATM Fee OKWICX EVI* WINSTAR  777 CASINO AV THACKERVILL | | 2.50 | |
| 11/03 | Foreign ATM Fee OKWICX EVI* WINSTAR  777 CASINO AV THACKERVILL | | 2.50 | 6,224.44 |
| 11/04 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | |
| 11/04 | INTERNET TRANSFER TO: DDXXXX9275 | | 150.00 | |
| 11/04 | INTERNET TRANSFER TO: DDXXXX8532 | | 400.00 | |
| 11/04 | POS PURCHASE ALLSUPS # 2025 N W LOO STEPHENVILLE TX 203620 *****5977 11/04 07:13 | | 31.45 | |
| 11/04 | POS PURCHASE WM SUPERCENTER #610 STEPHENVILLE TX 061000 *****5977 11/04 11:48 | | 94.38 | 5,448.61 |
| 11/05 | ORIG:GOLDEN EAGLE RESTAURANTS LLC TRN:P202411050118858 | 18,721.83 | | |
| 11/05 | INTERNET TRANSFER TO: DDXXXX9275 | | 150.00 | |
| 11/05 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 11/05 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 11/05 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 11/05 | INTERNET TRANSFER TO: DDXXXX8532 | | 250.00 | |
| 11/05 | POS PURCHASE PANDA EXPRESS 27 STEPHENVILLE TX 123456 *****5977 11/04 11:33 | | 23.38 | |
| 11/05 | POS PURCHASE ALLSUPS # 2025 N W LOO STEPHENVILLE TX 203620 *****5977 11/05 06:53 | | 21.51 | |
| 11/05 | POS PURCHASE BIG LOTS STORES - #4591 STEPHENVILLE TX 766230 *****5977 11/05 16:18 | | 87.28 | |
| 11/05 | INCOMING WIRE FEE-P202411050118858 | | 15.00 | 23,023.27 |
| 11/06 | ORIG:GOLDEN EAGLE RESTAURANTS LLC TRN:P202411060050974 | 14,518.00 | | |
| 11/06 | INTERNET TRANSFER TO: DDXXXX8532 | | 300.00 | |
| 11/06 | INTERNET TRANSFER TO: DDXXXX8532 | | 500.00 | |
| 11/06 | INCOMING WIRE FEE-P202411060050974 | | 15.00 | 36,726.27 |
| 11/07 | INTERNET TRANSFER TO: DDXXXX9275 | | 2,000.00 | |
| 11/07 | In Branch Transaction Debit | | 5,000.00 | |
| 11/07 | POS PURCHASE LAKE GRANBURY PR GRANBURY TX 123456 *****5977 11/06 05:53 | | 240.00 | |

**FDIC** *Pending transactions are not reflected in the Daily Balance.        **Indicates skip in check numbers
Checks converted to ACH will not have an image.


EQUAL HOUSING LENDER

**FIRST NATIONAL BANK** TEXAS

**FIRST CONVENIENCE BANK**
A division of First National Bank Texas

Statement Date:   10/21/24 - 11/20/24
Page:                     6 of 10

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|---|---|---|---|---|
| 11/07 | POS PURCHASE<br>COCA COLA FOSSIL FORT WORTH TX<br>123456 *****5977 11/06 12:12 | | 2.00 | |
| 11/07 | POS PURCHASE<br>WM SUPERCENTER #610 STEPHENVILLE TX<br>061000 *****5977 11/06 20:30 | | 31.35 | |
| 11/07 | POS PURCHASE<br>810 NORTH CHARLOTTE AVE STEPHENVILLE TX<br>QRVHQB *****5977 11/07 06:18 | | 1,250.00 | |
| 11/07 | POS PURCHASE<br>TRACTOR SUPPLY #2624 Stephenville TX<br>240001 *****5977 11/07 16:47 | | 102.78 | 28,100.14 |
| 11/08 | INTERNET TRANSFER TO: DDXXXX8532 | | 500.00 | |
| 11/08 | INTERNET TRANSFER TO: DDXXXX8532 | | 600.00 | |
| 11/08 | POS PURCHASE<br>EBAY O*23-12276- SAN JOSE CA 123456<br>*****5977 11/07 02:40 | | 36.33 | |
| 11/08 | POS PURCHASE<br>EBAY O*23-12276- SAN JOSE CA 123456<br>*****5977 11/07 02:40 | | 37.04 | |
| 11/08 | POS PURCHASE<br>ERATH COUNTY HUM 817-5780634 TX<br>123456 *****5977 11/07 12:52 | | 90.00 | |
| 11/08 | POS PURCHASE<br>ALLSUPS # 2025 N W LOO STEPHENVILLE TX<br>203620 *****5977 11/08 06:57 | | 31.65 | |
| 11/08 | POS PURCHASE<br>WM SUPERCENTER #610 STEPHENVILLE TX<br>061000 *****5977 11/08 10:28 | | 245.04 | |
| 11/08 | POS PURCHASE<br>ALLSUPS #102360 STEPHENVILLE TX<br>203620 *****5977 11/08 10:43 | | 9.58 | 26,550.50 |
| 11/09 | INTERNET TRANSFER TO: DDXXXX8532 | | 500.00 | |
| 11/09 | INTERNET TRANSFER TO: DDXXXX8532 | | 1,000.00 | |
| 11/09 | INTERNET TRANSFER TO: DDXXXX8532 | | 1,000.00 | |
| 11/09 | POS PURCHASE<br>MAVERICK TRUCK SANTO CA 100401<br>*****5977 11/09 10:24 | | 5.40 | |
| 11/09 | POS PURCHASE<br>MAVERICK TRUCK SANTO CA 100401<br>*****5977 11/09 10:28 | | 21.28 | 24,023.82 |
| 11/11 | INTERNET TRANSFER TO: DDXXXX8532 | | 1,000.00 | 23,023.82 |
| 11/12 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 11/12 | INTERNET TRANSFER TO: DDXXXX9275 | | 300.00 | |
| 11/12 | INTERNET TRANSFER TO: DDXXXX8532 | | 2,000.00 | |
| 11/12 | POS PURCHASE<br>NETFLIX.COM NETFLIX.COM CA 123456<br>*****5977 11/11 02:24 | | 33.07 | |
| 11/12 | POS PURCHASE<br>PET SUPPLIES PLU STEPHENVILLE TX<br>123456 *****5977 11/11 02:24 | | 227.83 | |
| 11/12 | POS PURCHASE<br>WINGSTOP 356 STEPHENVILLE TX 123456<br>*****5977 11/11 11:56 | | 73.49 | |
| 11/12 | POS PURCHASE<br>FIVE BELO "NWC OF W WA STEPHENVILLE TX<br>537380 *****5977 11/12 11:18 | | 45.47 | |
| 11/12 | POS PURCHASE<br>DOLLAR TR 2900 W WASHI STEPHENVILLE TX | | 48.71 | |

*Pending transactions are not reflected in the Daily Balance.        **Indicates skip in check numbers
Checks converted to ACH will not have an image.




MEMBER FDIC

**FIRST NATIONAL BANK** TEXAS

**FIRST CONVENIENCE BANK**
A division of First National Bank Texas

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|---|---|---|---|---|
| | 493510 *****5977 11/12 11:50 | | | |
| 11/12 | POS PURCHASE | | 31.10 | |
| | BEALLS STEPHENVILLE TX 251150 | | | |
| | *****5977 11/12 16:18 | | | 20,164.15 |
| 11/13 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 11/13 | INTERNET TRANSFER TO: DDXXXX8532 | | 1,000.00 | |
| 11/13 | POS PURCHASE | | 2.00 | |
| | COCA COLA FOSSIL FORT WORTH TX | | | |
| | 123456 *****5977 11/12 11:50 | | | |
| 11/13 | POS PURCHASE | | 9.24 | |
| | CHICKEN EXPRESS STEPHENVILLE TX | | | |
| | 123456 *****5977 11/12 11:51 | | | 19,052.91 |
| 11/14 | INTERNET TRANSFER TO: DDXXXX9275 | | 300.00 | |
| 11/14 | POS PURCHASE | | 2.00 | |
| | COCA COLA FOSSIL FORT WORTH TX | | | |
| | 123456 *****5977 11/13 12:14 | | | |
| 11/14 | POS PURCHASE | | 2.00 | |
| | COCA COLA FOSSIL FORT WORTH TX | | | |
| | 123456 *****5977 11/13 12:14 | | | |
| 11/14 | POS PURCHASE | | 4.96 | |
| | DAIRY QUEEN 52 # SANTO TX 123456 | | | |
| | *****5977 11/13 12:14 | | | |
| 11/14 | POS PURCHASE | | 6.50 | |
| | TAQUERIA JALISCO STEPHENVILLE TX | | | |
| | 123456 *****5977 11/13 12:14 | | | |
| 11/14 | POS PURCHASE | | 28.11 | |
| | MCDONALD'S F7197 WEATHERFORD TX | | | |
| | 123456 *****5977 11/13 12:14 | | | |
| 11/14 | POS PURCHASE | | 17.30 | |
| | PET SUPPLIES PLU WEATHERFORD TX | | | |
| | 123456 *****5977 11/14 05:58 | | | |
| 11/14 | POS PURCHASE | | 35.65 | |
| | ALLSUPS # 2025 N W LOO STEPHENVILLE TX | | | |
| | 203620 *****5977 11/14 06:54 | | | 18,656.39 |
| 11/15 | POS PURCHASE | | 2.00 | |
| | COCA COLA FOSSIL FORT WORTH TX | | | |
| | 123456 *****5977 11/14 12:20 | | | |
| 11/15 | POS PURCHASE | | 30.00 | |
| | TANGLEWOOD PHARM STEPHENVILLE TX | | | |
| | 123456 *****5977 11/14 12:20 | | | |
| 11/15 | POS PURCHASE | | 261.82 | |
| | WM SUPERCENTER #610 STEPHENVILLE TX | | | |
| | 061000 *****5977 11/14 17:13 | | | |
| 11/15 | POS PURCHASE | | 121.63 | |
| | HOBBYLOBB 2747 W. WASH STEPHENVILLE TX | | | |
| | 860974 *****5977 11/15 09:43 | | | |
| 11/15 | ATM WITHDRAWAL | | 203.00 | |
| | BACKWOODS - 17157 S US 37 DUBLIN TX | | | |
| | L64852 *****5977 11/15 16:41 | | | |
| 11/15 | ATM WITHDRAWAL | | 103.00 | |
| | BACKWOODS - 17157 S US 37 DUBLIN TX | | | |
| | L64852 *****5977 11/15 16:42 | | | |
| 11/15 | Foreign ATM Fee L64852 | | 2.50 | |
| | BACKWOODS - 17157 S US 37 DUBLIN TX | | | |
| 11/15 | Foreign ATM Fee L64852 | | 2.50 | |
| | BACKWOODS - 17157 S US 37 DUBLIN TX | | | 17,929.94 |
| 11/16 | POS PURCHASE | | 385.99 | |
| | UNITED ELECTRIC 817-556-4000 TX | | | |
| | 123456 *****5977 11/16 13:09 | | | |

**FDIC** MEMBER *Pending transactions are not reflected in the Daily Balance. **Indicates skip in check numbers
Checks converted to ACH will not have an image.





| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|------|---------------------|----------|-------------|----------------|
| 11/16 | POS PURCHASE<br>UNITED ELECTRIC 817-556-4000 TX<br>123456 *****5977 11/16 13:09 | | 420.99 | 17,122.96 |
| 11/17 | INTERNET TRANSFER TO: DDXXXX9275 | | 150.00 | |
| 11/17 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 11/17 | INTERNET TRANSFER TO: DDXXXX8532 | | 250.00 | |
| 11/17 | INTERNET TRANSFER TO: DDXXXX8532 | | 500.00 | |
| 11/17 | POS PURCHASE<br>TST* BACKWOODS DUBLIN TX 123456<br>*****5977 11/16 02:56 | | 98.64 | |
| 11/17 | ATM WITHDRAWAL<br>EVI* WINSTAR  777 CASINO AV THACKERVILL<br>OK OKWIX1 *****5977 11/16 22:22 | | 504.99 | |
| 11/17 | ATM WITHDRAWAL<br>EVI* WINSTAR  777 CASINO AV THACKERVILL<br>OK OKWICX *****5977 11/17 11:19 | | 584.99 | |
| 11/17 | Foreign ATM Fee OKWIX1<br>EVI* WINSTAR  777 CASINO AV THACKERVILL | | 2.50 | |
| 11/17 | Foreign ATM Fee OKWICX<br>EVI* WINSTAR  777 CASINO AV THACKERVILL | | 2.50 | 14,829.34 |
| 11/18 | ORIG:GOLDEN EAGLE RESTAURANTS LLC<br>TRN:P202411180042761 | 11,763.10 | | |
| 11/18 | INTERNET TRANSFER TO: DDXXXX9275 | | 500.00 | |
| 11/18 | INTERNET TRANSFER TO: DDXXXX8532 | | 2,000.00 | |
| 11/18 | POS PURCHASE<br>MCDONALD'S F4240 STEPHENVILLE TX<br>123456 *****5977 11/17 11:52 | | 32.04 | |
| 11/18 | POS PURCHASE<br>257 WEST DATA DR DRAPER UT 066918<br>*****5977 11/18 06:32 | | 248.83 | |
| 11/18 | POS PURCHASE<br>257 WEST DATA DR DRAPER UT 066918<br>*****5977 11/18 06:32 | | 82.51 | |
| 11/18 | POS PURCHASE<br>DOLLAR TR 2900 W WASHI STEPHENVILLE TX<br>493510 *****5977 11/18 10:38 | | 46.01 | |
| 11/18 | POS PURCHASE<br>WAL-MART #0610 STEPHENVILLE TX<br>240610 *****5977 11/18 10:58 | | 11.55 | |
| 11/18 | INCOMING WIRE FEE-P202411180042761 | | 15.00 | 23,656.50 |
| 11/19 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | |
| 11/19 | INTERNET TRANSFER TO: DDXXXX8532 | | 2,000.00 | |
| 11/19 | POS PURCHASE<br>COCA COLA FOSSIL FORT WORTH TX<br>123456 *****5977 11/18 12:11 | | 2.00 | |
| 11/19 | POS PURCHASE<br>DSW TRINITY COMMONS SHO FT WORTH TX<br>045700 *****5977 11/19 12:24 | | 81.18 | 21,473.32 |
| 11/20 | POS PURCHASE<br>CHICK-FIL-A #051 STEPHENVILLE TX<br>123456 *****5977 11/18 06:07 | | 12.07 | |
| 11/20 | POS PURCHASE<br>PET SUPPLIES PLU WEATHERFORD TX<br>123456 *****5977 11/19 02:41 | | 85.50 | |
| 11/20 | POS PURCHASE<br>JCPENNEY 2962 WEATHERFORD TX 123456<br>*****5977 11/19 02:41 | | 100.02 | |
| 11/20 | POS PURCHASE<br>MORGAN MILL STOP MORGAN MILL TX | | 37.50 | |





A division of First National Bank Texas

Statement Date: 10/21/24 - 11/20/24
Page: 9 of 10

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|------|--------------------|----------|-------------|----------------|
| | 123456 *****5977 11/19 06:07 | | | |
| 11/20 | POS PURCHASE | | 1,936.68 | |
| | JABOS ACE WESTCL FORT WORTH TX | | | |
| | 123456 *****5977 11/19 12:06 | | | |
| 11/20 | POS PURCHASE | | 6.47 | |
| | MORGAN MILL STOP MORGAN MILL TX | | | |
| | 123456 *****5977 11/20 06:07 | | | 19,295.08 |

| | Current Period | Year To Date |
|--|----------------|--------------|
| Total Overdraft Fees | .00 | 204.00 |
| Total Non-Sufficient Funds (NSF) Fees | .00 | .00 |

**FDIC** MEMBER    *Pending transactions are not reflected in the Daily Balance.    **Indicates skip in check numbers
Checks converted to ACH will not have an image.


EQUAL HOUSING LENDER

First National Bank Texas

First Convenience Bank
A division of First National Bank Texas



10/23/2024    $3,005.00



10/26/2024    $1,550.00



10/29/2024    $3,000.00



10/31/2024    $15,000.00



11/02/2024    $3,550.00



11/07/2024    $5,000.00

MEMBER FDIC



EQUAL HOUSING LENDER



STEVE MELTON OR
AMANDA MAE MELTON
3960 COUNTY ROAD 156
BLUFF DALE TX 76433-3313

**PUTTING CUSTOMERS FIRST SINCE 1901**

1STNB.com
800-677-9801

1STCB.com
800-903-7490

FHNB.com
800-477-9801

P.O. Box 937 | Killeen, Texas 76540

Dash into savings with our Auto Loan! **Buy or refinance today and get up to 60 days of no monthly payments!*** Visit us at a local branch or apply online today!

*\*All loans and collateral subject to approval. The first monthly payment on your new auto loan may be scheduled up to 60 days after the closing date of the loan. The actual number of days will depend on the terms of the loan. Interest will accrue on your new loan beginning on the date the loan is funded, and the first payment will be applied to interest accrued from the date the loan is funded to the first payment date and then to principal due.*

## ACCOUNT SUMMARY                    Balance as of 12/20/24

| Account | Account Number | Balance |
|---|---|---|
| THE POWER ACCOUNT | █████9449 | 117.86 |

## STATEMENT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | 11/21/24 | 19,295.08 |
| Deposits/Misc Credits | 5 | 18,747.97 |
| Withdrawals/Misc Debits | 64 | 37,925.19 |
| Ending Balance | 12/20/24 | 117.86 |
| Service Charge | | .00 |
| Enclosures | | 5 |



SMART CASH LOAN

MAKE YOUR HOLIDAY SEASON A WHOLE VIBE.

Snatch up a loan from $250 to $1500* and pay it off later. *Apply today!*

OPEN ZOOM SCAN

PRIVACY.FLOWCODE.COM

*All loans and collateral subject to approval.

MEMBER FDIC

 EQUAL HOUSING LENDER

![First National Bank Texas logo] ![First Convenience Bank logo]
A division of First National Bank Texas

## TRANSACTION ACTIVITY

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|------|--------------------|----------|-------------|----------------|
| 11/21 | In Branch Transaction Debit | | 4,000.00 | |
| 11/21 | In Branch Transaction Debit | | 15,000.00 | |
| 11/21 | POS PURCHASE | | 27.14 | |
| | SUSHI AXIOM - HU FORT WORTH TX | | | |
| | 123456 *****5977 11/19 02:42 | | | |
| 11/21 | POS PURCHASE | | 51.26 | |
| | ALLSUPS # 2025 N W LOO STEPHENVILLE TX | | | |
| | 203620 *****5977 11/21 06:52 | | | 216.68 |
| 11/22 | POS PURCHASE | | 184.03 | |
| | SQ *STEPHENVILLE STEPHENVILLE TX | | | |
| | 123456 *****5977 11/21 02:55 | | | |
| 11/22 | POS PURCHASE | | 29.18 | |
| | DQ-47 #14630 STEPHENVILLE TX 123456 | | | |
| | *****5977 11/21 12:22 | | | 3.47 |
| 12/02 | POS PURCHASE | | 119.95 | |
| | CRT LEXINGTON LA SALT LAKE CIT UT | | | |
| | 123456 *****0526 12/01 05:46 | | | |
| 12/02 | Overdraft Charge | | 34.00 | 150.48- |
| 12/03 | One Day Rewind Refund | 34.00 | | |
| 12/03 | INTERNET TRANSFER FROM: DDXXXX8532 | 160.00 | | |
| 12/03 | ORIG:GOLDEN EAGLE RESTAURANTS LLC | 12,065.90 | | |
| | TRN:P202412030065548 | | | |
| 12/03 | INTERNET TRANSFER TO: DDXXXX8532 | | 600.00 | |
| 12/03 | INCOMING WIRE FEE-P202412030065548 | | 15.00 | 11,494.42 |
| 12/04 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 12/04 | INTERNET TRANSFER TO: DDXXXX8532 | | 500.00 | 10,794.42 |
| 12/05 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | |
| 12/05 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 12/05 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 12/05 | INTERNET TRANSFER TO: DDXXXX8532 | | 500.00 | 9,794.42 |
| 12/06 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | 9,594.42 |
| 12/07 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 12/07 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | |
| 12/07 | INTERNET TRANSFER TO: DDXXXX8532 | | 500.00 | |
| 12/07 | In Branch Transaction Debit | | 1,500.00 | 7,394.42 |
| 12/08 | INTERNET TRANSFER TO: DDXXXX8532 | | 50.00 | |
| 12/08 | INTERNET TRANSFER TO: DDXXXX8532 | | 150.00 | |
| 12/08 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 12/08 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 12/08 | INTERNET TRANSFER TO: DDXXXX9275 | | 350.00 | 6,444.42 |
| 12/09 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | |
| 12/09 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | 6,244.42 |
| 12/10 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 12/10 | POS PURCHASE | | 33.07 | |
| | NETFLIX.COM LOS GATOS CA 000010 | | | |
| | *****5977 12/10 05:19 | | | 6,011.35 |
| 12/11 | ORIG:GOLDEN EAGLE RESTAURANTS LLC | 3,375.91 | | |
| | TRN:P202412110085408 | | | |
| 12/11 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 12/11 | INTERNET TRANSFER TO: DDXXXX8532 | | 100.00 | |
| 12/11 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 12/11 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 12/11 | INTERNET TRANSFER TO: DDXXXX8532 | | 500.00 | |
| 12/11 | INCOMING WIRE FEE-P202412110085408 | | 15.00 | 8,272.26 |
| 12/12 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 12/12 | INTERNET TRANSFER TO: DDXXXX8532 | | 400.00 | |
| 12/12 | INTERNET TRANSFER TO: DDXXXX8532 | | 500.00 | 7,172.26 |

*Pending transactions are not reflected in the Daily Balance.        **Indicates skip in check numbers
Checks converted to ACH will not have an image.






| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|------|----------------------|----------|-------------|----------------|
| 12/13 | ORIG:GOLDEN EAGLE RESTAURANTS LLC TRN:P202412130002912 | 3,112.16 | | |
| 12/13 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 12/13 | INTERNET TRANSFER TO: DDXXXX8532 | | 200.00 | |
| 12/13 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 12/13 | INTERNET TRANSFER TO: DDXXXX8532 | | 600.00 | |
| 12/13 | INTERNET TRANSFER TO: DDXXXX8532 | | 800.00 | |
| 12/13 | INCOMING WIRE FEE-P202412130002912 | | 15.00 | 8,269.42 |
| 12/14 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | |
| 12/14 | INTERNET TRANSFER TO: DDXXXX8532 | | 250.00 | |
| 12/14 | INTERNET TRANSFER TO: DDXXXX8532 | | 350.00 | 7,469.42 |
| 12/16 | INTERNET TRANSFER TO: DDXXXX8532 | | 300.00 | |
| 12/16 | INTERNET TRANSFER TO: DDXXXX8532 | | 300.00 | |
| 12/16 | In Branch Transaction Debit | | 3,550.00 | 3,319.42 |
| 12/17 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 12/17 | INTERNET TRANSFER TO: DDXXXX9275 | | 200.00 | 3,019.42 |
| 12/18 | POS PURCHASE NNT HARBOR FREIGHT 0021 STEPHENVILLE TX 066596 *****5977 12/18 09:16 | | 74.62 | 2,944.80 |
| 12/19 | POS PURCHASE CHEVRON 0358937 SANTO TX 123456 *****5977 12/18 13:29 | | 64.90 | |
| 12/19 | POS PURCHASE MAVERICK TRUCK SANTO CA 100401 *****5977 12/18 17:54 | | 8.64 | |
| 12/19 | POS PURCHASE ALLSUPS # 1201 E WASHI STEPHENVILLE TX 150430 *****5977 12/19 11:22 | | 63.00 | |
| 12/19 | POS PURCHASE TRACTOR SUPPLY #2624 Stephenville TX 240001 *****5977 12/19 16:24 | | 407.95 | 2,400.31 |
| 12/20 | INTERNET TRANSFER TO: DDXXXX9275 | | 100.00 | |
| 12/20 | In Branch Transaction Debit | | 1,800.00 | |
| 12/20 | POS PURCHASE PEACOCKS RESTAUR STEPHENVILLE TX 123456 *****5977 12/18 06:22 | | 61.70 | |
| 12/20 | POS PURCHASE TEXAS ROADHOUSE WEATHERFORD TX 123456 *****5977 12/19 02:57 | | 148.34 | |
| 12/20 | POS PURCHASE SPEED WASH LAUND STEPHENVILLE TX 123456 *****5977 12/19 06:22 | | 146.20 | |
| 12/20 | POS PURCHASE MURPHY7586ATWAL STEPHENVILLE TX 303266 *****5977 12/20 10:27 | | 26.21 | 117.86 |

| | Current Period | Year To Date |
|---|----------------|--------------|
| Total Overdraft Fees | 34.00 | 238.00 |
| Total Overdraft Refunds | 34.00 | 34.00 |
| Total Non-Sufficient Funds (NSF) Fees | .00 | .00 |

**FDIC** MEMBER    *Pending transactions are not reflected in the Daily Balance.    **Indicates skip in check numbers
Checks converted to ACH will not have an image.

EQUAL HOUSING LENDER

**FIRST NATIONAL BANK** TEXAS   **FIRST CONVENIENCE BANK**

A division of First National Bank Texas



11/21/2024          $4,000.00



11/21/2024          $15,000.00



12/07/2024          $1,500.00



12/16/2024          $3,550.00



12/20/2024          $1,800.00

**MEMBER FDIC**

**EQUAL HOUSING LENDER**

 

A division of First National Bank Texas

Statement Date:    12/21/24 - 01/20/25
Page:    1 of 2



STEVE MELTON OR
AMANDA MAE MELTON
3960 COUNTY ROAD 156
BLUFF DALE TX 76433-3313

**PUTTING CUSTOMERS
FIRST SINCE 1901**

1STNB.com    1STCB.com
800-677-9801    800-903-7490

FHNB.com
800-477-9801

P.O. Box 937 | Killeen, Texas 76540

**Put *Add Cash*\* on your shopping list.** We've made it even easier to manage your money. With *Add Cash*, you can quickly and securely add cash into your account at one of our participating retailers. Visit **1stnb.com/add-cash** for more information and start using *Add Cash* today!

*\*Subject to a $2.00 fee per transaction as disclosed on the Banking Services/Fee Schedule. Terms and Conditions apply. Service provided by Green Dot®. ©2024 Green Dot Corporation. All rights reserved. Green Dot Corporation NMLS #914924; Green Dot Bank NMLS #908739.*

## ACCOUNT SUMMARY                Balance as of 01/20/25

| Account | Account Number | Balance |
|---|---|---|
| THE POWER ACCOUNT | ███████9449 | 1.18 |

## STATEMENT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | 12/21/24 | 117.86 |
| Deposits/Misc Credits | 2 | 234.00 |
| Withdrawals/Misc Debits | 8 | 350.68 |
| Ending Balance | 01/20/25 | 1.18 |
| Service Charge | | 12.00 |



**MEMBER FDIC**    **EQUAL HOUSING LENDER**





A division of First National Bank Texas

Statement Date:    12/21/24 - 01/20/25
Page:                        2 of 2

## TRANSACTION ACTIVITY

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|------|---------------------|----------|-------------|----------------|
| 12/21 | POS PURCHASE | | 47.66 | |
| | PEACOCKS RESTAUR STEPHENVILLE TX | | | |
| | 123456 *****5977 12/19 06:05 | | | 70.20 |
| 12/23 | POS PURCHASE | | 39.00 | |
| | PEACOCKS RESTAUR STEPHENVILLE TX | | | |
| | 123456 *****5977 12/20 06:51 | | | 31.20 |
| 12/26 | INTERNET TRANSFER TO: DDXXXX8532 | | 30.00 | 1.20 |
| 1/01 | POS PURCHASE | | 119.95 | |
| | CRT LEXINGTON LA SALT LAKE CIT UT | | | |
| | 123456 *****0526 12/31 05:49 | | | |
| 1/01 | Overdraft Charge | | 34.00 | 152.75- |
| 1/02 | One Day Rewind Refund | 34.00 | | |
| 1/02 | INTERNET TRANSFER FROM: DDXXXX8532 | 200.00 | | 81.25 |
| 1/08 | INTERNET TRANSFER TO: DDXXXX9275 | | 35.00 | 46.25 |
| 1/11 | POS PURCHASE | | 33.07 | |
| | NETFLIX.COM LOS GATOS CA 123456 | | | |
| | *****5977 01/10 02:29 | | | 13.18 |
| 1/20 | MONTHLY MAINTENANCE FEE | | 12.00 | 1.18 |

| | Current Period | Year To Date |
|---|----------------|--------------|
| Total Overdraft Fees | 34.00 | 238.00 |
| Total Overdraft Refunds | 34.00 | 34.00 |
| Total Non-Sufficient Funds (NSF) Fees | .00 | .00 |

*Pending transactions are not reflected in the Daily Balance.    **Indicates skip in check numbers
Checks converted to ACH will not have an image.





**FIRST NATIONAL BANK** TEXAS

**FIRST CONVENIENCE BANK**
A division of First National Bank Texas

Statement Date:   01/21/25 - 02/02/25
Page:                      1 of 3

STEVE MELTON OR
AMANDA MAE MELTON
3960 COUNTY ROAD 156
BLUFF DALE TX 76433-3313

**We Are 1**

FIRST NATIONAL BANK TEXAS
FIRST CONVENIENCE BANK
FIRST HEROES NATIONAL BANK

**PUTTING CUSTOMERS FIRST SINCE 1901**

1STNB.com              1STCB.com
800-677-9801           800-903-7490

FHNB.com
800-477-9801

P.O. Box 937 | Killeen, Texas 76540

**CERTIFICATES OF DEPOSIT (CDs) - Earn guaranteed returns!** Take advantage of our special 7-month and 13-month CD rates and boost your savings higher than with just a traditional savings account alone. Learn more by visiting a branch or going to **1stnb.com/cds**.

## ACCOUNT SUMMARY          Balance as of 02/02/25

| Account | Account Number | Balance |
|---|---|---|
| THE POWER ACCOUNT | ████████9449 | .00 |

## STATEMENT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | 01/21/25 | 1.18 |
| Deposits/Misc Credits | 2 | 4,909.00 |
| Withdrawals/Misc Debits | 5 | 4,910.18 |
| Ending Balance | 02/02/25 | .00 |
| Service Charge | | .00 |
| Enclosures | | 1 |

*This is your closing statement.*
*As of 02/02/2025, your account is closed at $0.00.*



MEMBER FDIC

EQUAL HOUSING LENDER



## TRANSACTION ACTIVITY

| Date | Activity Description | Deposits | Withdrawals | Daily Balance* |
|------|----------------------|----------|-------------|----------------|
| 2/01 | INTERNET TRANSFER FROM: DDXXXX8532 | 4,904.00 | | |
| 2/01 | INTERNET TRANSFER TO: DDXXXX9275 | | 600.00 | |
| 2/01 | In Branch Transaction Debit | | 3,702.18 | |
| 2/01 | ATM WITHDRAWAL | | 603.00 | |
|      | INTERBANK    INTERBANK STEPHENVILLE TX | | | |
|      | TX0012 *****5977 02/01 12:12 | | | |
| 2/01 | Foreign ATM Fee IQ TX0012 | | 2.50 | |
|      | INTERBANK    INTERBANK STEPHENVILLE TX | | | |
| 2/01 | Foreign ATM Fee TX0012 | | 2.50 | |
|      | INTERBANK    INTERBANK STEPHENVILLE TX | | | 5.00- |
| 2/02 | INTERNET TRANSFER FROM: DDXXXX7824 | 5.00 | | .00 |

| | Current Period | Year To Date |
|---|----------------|--------------|
| Total Overdraft Fees | .00 | 34.00 |
| Total Overdraft Refunds | .00 | 34.00 |
| Total Non-Sufficient Funds (NSF) Fees | .00 | .00 |

*Pending transactions are not reflected in the Daily Balance.    **Indicates skip in check numbers
Checks converted to ACH will not have an image.





Statement Date:      01/21/25 - 02/02/25
Page:                       3 of 3

02/01/2025          $3,702.18