

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 10, 2026**

_____

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-43217-ELM |
| AMANDA MAE MELTON, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| RICHARD KEVIN BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 25-04149 |
| | § | |
| AMANDA MAE MELTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER RESETTING TRIAL DOCKET CALL

On November 25, 2025, Plaintiff initiated this adversary proceeding with the filing of his original complaint.  On the same date, the Court issued an *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Docket No. 5] (the "**Scheduling Order**"). Pursuant to the Scheduling Order, trial docket call ("**Docket Call**") is currently set for May 11, 2026, at 1:30 p.m.

Since the initiation of the litigation, there has been a considerable amount of dismissal motion practice.  As a result of those proceedings, on May 6, 2026, Plaintiff filed *Plaintiff's Third Amended Adversary Complaint* (the "**Amended Complaint**").  The deadline for the filing of Defendant's answer or other responsive pleading to the Amended Complaint is not until May 20,

2026.   Consequently, the Court finds that cause exists to reschedule the Docket Call and to reconfigure all applicable pretrial deadlines under the Scheduling Order in conformity therewith.

Accordingly, it is hereby:

**ORDERED** that the Docket Call in this case is rescheduled to **October 13, 2026, at 1:30 p.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Court, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102 and by WebEx videoconference at https://us-courts.webex.com/meet/morris; and it is further

**ORDERED** that in accordance with Part III, ¶ 7 of the Scheduling Order, all pretrial deadlines set forth within Part III, ¶¶ 1-5 of the Scheduling Order shall be determined in reference to the rescheduled Docket Call date provided hereby.

### END OF ORDER ###