United States Bankruptcy Court

Northern District of Texas

Brown,

    Plaintiff

                                                                      Adv. Proc. No. 25-04149-elm

Melton,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 11, 2026 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**                **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Cassie Meyer, The Allen Firm, P.C., 181 South Graham Street, Stephenville, TX 76401-4201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | May 11 2026 21:28:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | May 11 2026 21:28:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | May 11 2026 21:28:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | May 11 2026 21:28:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | May 11 2026 21:28:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0539-4

User: admin

Page 2 of 2

Date Rcvd: May 11, 2026

Form ID: pdf001

Total Noticed: 6

Date: May 13, 2026          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Cassie Meyer | on behalf of Plaintiff Richard Kevin Brown cassie@allenlawfirm.com |
| Clayton Everett | on behalf of Defendant Amanda Mae Melton clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 2





CLERK, U.S. BANKRUPTCY COURT
NORThERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 10, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-43217-ELM |
| AMANDA MAE MELTON, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| RICHARD KEVIN BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 25-04149 |
| | § | |
| AMANDA MAE MELTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER RESETTING TRIAL DOCKET CALL

On November 25, 2025, Plaintiff initiated this adversary proceeding with the filing of his original complaint. On the same date, the Court issued an *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Docket No. 5] (the "**Scheduling Order**"). Pursuant to the Scheduling Order, trial docket call ("**Docket Call**") is currently set for May 11, 2026, at 1:30 p.m.

Since the initiation of the litigation, there has been a considerable amount of dismissal motion practice. As a result of those proceedings, on May 6, 2026, Plaintiff filed *Plaintiff's Third Amended Adversary Complaint* (the "**Amended Complaint**"). The deadline for the filing of Defendant's answer or other responsive pleading to the Amended Complaint is not until May 20,

Page 1

2026. Consequently, the Court finds that cause exists to reschedule the Docket Call and to reconfigure all applicable pretrial deadlines under the Scheduling Order in conformity therewith.

Accordingly, it is hereby:

**ORDERED** that the Docket Call in this case is rescheduled to **October 13, 2026, at 1:30 p.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Court, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102 and by WebEx videoconference at https://us-courts.webex.com/meet/morris; and it is further

**ORDERED** that in accordance with Part III, ¶ 7 of the Scheduling Order, all pretrial deadlines set forth within Part III, ¶¶ 1-5 of the Scheduling Order shall be determined in reference to the rescheduled Docket Call date provided hereby.

# # #  END OF ORDER  # # #