**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: AMANDA MAE MELTON,<br>Debtor, | § | CASE NO. 25-43217-elm7 |
| RICHARD KEVIN BROWN,<br>Plaintiff, | § | CHAPTER 7 |
| v. | § | ADVERSARY PROCEEDING NO. 25-04149-elm |
| AMANDA MAE MELTON,<br>Defendant. | § | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Cassie M. Meyer of The Allen Firm, P.C., counsel of record for Plaintiff Richard Kevin Brown ("Plaintiff"), and pursuant to Northern District of Texas Local Bankruptcy Rule 2091-1, Local Civil Rule 83.12 of the Northern District of Texas, and Federal Rule of Bankruptcy Procedure 9010, respectfully moves this Court for leave to withdraw as attorney of record for Plaintiff in the above-captioned adversary proceeding, and in support thereof states as follows:

## I. BACKGROUND & GOOD CAUSE

1. Cassie M. Meyer, of The Allen Firm, PC currently serves as counsel of record for Plaintiff in this adversary proceeding.
2. Good cause exists for withdrawal under Texas Disciplinary Rule of Professional Conduct 1.15(b)(5), (6), and (7). Specifically, the Plaintiff has instructed counsel to cease legal work and withdraw from this proceeding due to the financial burden and ongoing costs of

litigation. Plaintiff has expressed his desire to represent himself pro se or resolve remaining matters without continuing legal representation.

3. Withdrawal of counsel will not cause unreasonable delay or undue prejudice to any party. Plaintiff is prepared to proceed pro se and to comply with all applicable rules and Court-ordered deadlines.

4. Accordingly, counsel requests leave of Court to withdraw as attorney of record for the Plaintiff. Counsel is not aware of any succeeding attorney who will be entering an appearance on the Plaintiff's behalf.

## II. CLIENT CONTACT INFORMATION

5. Pursuant to N.D. Tex. L.B.R. 2091-1, because no succeeding attorney is known, the Plaintiff's contact information is as follows:

Richard Kevin Brown
2701 W. 15th Street D.106
Plano, Texas 75075
720-987-6864
rkevinbrown@gmail.com

## III. NOTICE & CLIENT CONSENT

6. Plaintiff has reviewed this Motion and approves counsel's withdrawal, as evidenced by the Plaintiff's signature below.

7. Counsel will provide Plaintiff with notice of the filing of this Motion and will advise the Plaintiff that, upon entry of an order granting withdrawal, Plaintiff will be responsible for representing himself in this adversary proceeding and for complying with all applicable deadlines, orders, rules, and requirements of the Court.

8. Counsel has conferred with the attorneys for the parties affected by the requested relief concerning this Motion, as required by N.D. Tex. L.B.R. 7007-1(a) and the Motion is unopposed.

## IV. PRAYER

WHEREFORE, Movant Cassie M. Meyer of The Allen Firm, P.C. respectfully requests that the Court enter an order granting this Motion to Withdraw as Counsel of Record, discharging Cassie M. Meyer and The Allen Firm, P.C. from further representation of Plaintiff in this adversary proceeding, updating the docket to reflect Plaintiff's pro se status and contact information, and granting such other and further relief to which Movant may show itself justly entitled.

Respectfully submitted,

THE ALLEN FIRM, P.C.

By:/s/ *Cassie M Meyer*

Cassie M Meyer, Esq.
Texas Bar No. 24140549
Email: cassie@allenlawfirm.com
181 S. Graham Street
Stephenville, Texas 76401
Tel: (254) 965-3185
Fax: (254) 965-6539
ATTORNEYS FOR RICHARD KEVIN BROWN, CREDITOR

# CLIENT'S CONSENT TO WITHDRAWAL

I, Richard Kevin Brown, Plaintiff in the above-styled adversary proceeding, hereby state and confirm that I have reviewed the foregoing Motion to Withdraw as Counsel of Record. I consent to the withdrawal of Cassie M. Meyer and The Allen Firm, P.C. as my counsel of record, and I request that the Court grant the Motion.

I understand that upon the entry of an order granting the Motion, I will represent myself pro se unless new counsel enters an appearance on my behalf, and that all future notices, pleadings, and orders should be served directly upon me at the address set forth in the Motion.

____________________________________________

RICHARD KEVIN BROWN, Plaintiff

Date: 9/15/2026

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 11, 2026, I conferred with Clayton L. Everett, of Norred Law, PLLC, Counsel for Defendant Amanda Mae Melton, regarding this Motion. Mr. Everett indicated that Defendant does not oppose the relief requested herein.

THE ALLEN FIRM, P.C.
By:/s/ Cassie M Meyer

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD was served electronically via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, including Clayton L. Everett, Norred Law, PLLC, clayton@norredlaw.com, Counsel for Defendant/Debtor.

THE ALLEN FIRM, P.C.
By:/s/ Cassie M Meyer