CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 27, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **AMANDA MAE MELTON** | § | **CASE NO. 25-43217-elm7** |
| | § | |
| ***Debtor*,** | § | **CHAPTER 7** |
| | § | |
| | § | |
| **RICHARD KEVIN BROWN** | § | **ADVERSARY PROCEEDING** |
| ***Plaintiff*,** | § | **NO. 25-04149-elm7** |
| | § | |
| **v.** | § | |
| | § | |
| **AMANDA MAE MELTON** | § | |
| ***Defendant*.** | § | |

**<u>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD</u>**

On this day, the Court considered the Motion to Withdraw as Attorney of Record filed by Cassie M Meyer, of The Allen Firm, P.C., attorney of record for Plaintiff Richard Kevin Brown.

After considering the Motion and being satisfied that good cause exists for the withdrawal, the Court finds that the Motion should be GRANTED

**IT IS THEREFORE ORDERED that:**

1. Cassie M. Meyer and The Allen Law Firm, PC are hereby permitted to withdraw as attorneys of record for Plaintiff Richard Kevin Brown in this adversary proceeding.

2. Richard Kevin Brown shall hereafter appear and prosecute this adversary proceeding pro se unless and until substitute counsel enters an appearance on his behalf, and he shall be responsible for compliance with all applicable rules, procedures, and deadlines of this Court, including, but not limited to, the Local Bankruptcy Rules and the Federal Rules of Bankruptcy Procedure.

3. All future notices, pleadings, orders, and other documents in this adversary proceeding shall be served upon Richard Kevin Brown at the following address:

Richard Kevin Brown
2701 W. 15th Street D.106
Plano, Texas 75075
720-987-6864
rkevinbrown@gmail.com

### END OF ORDER ###