United States Bankruptcy Court

Northern District of Texas

Brown,
Plaintiff

Adv. Proc. No. 25-04149-elm

Melton,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Sep 28, 2026 Form ID: pdf001 Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Amanda Mae Melton, Leinart Law Firm, 10670 N Centra Expressway Suite 320, Dallas, TX 75231-2173 |
| pla | + | Richard Kevin Brown, The Allen Firl, 181 S Graham Street, Stephenville, TX 76401-4201 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Sep 28 2026 22:51:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Sep 28 2026 22:51:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 28 2026 22:51:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 28 2026 22:51:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 28 2026 22:51:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Sep 28 2026 22:51:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 28 2026 22:51:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Cassie Meyer | on behalf of Plaintiff Richard Kevin Brown cassie@allenlawfirm.com |
| Clayton Everett | on behalf of Defendant Amanda Mae Melton clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 2

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 27, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **AMANDA MAE MELTON** | § | **CASE NO. 25-43217-elm7** |
| | § | |
| ***Debtor*,** | § | **CHAPTER 7** |
| | § | |
| | § | |
| **RICHARD KEVIN BROWN** | § | **ADVERSARY PROCEEDING** |
| ***Plaintiff,*** | § | **NO. 25-04149-elm7** |
| | § | |
| **v.** | § | |
| | § | |
| **AMANDA MAE MELTON** | § | |
| ***Defendant.*** | § | |

**<u>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD</u>**

On this day, the Court considered the Motion to Withdraw as Attorney of Record filed by Cassie M Meyer, of The Allen Firm, P.C., attorney of record for Plaintiff Richard Kevin Brown.

After considering the Motion and being satisfied that good cause exists for the withdrawal, the Court finds that the Motion should be GRANTED

**IT IS THEREFORE ORDERED that:**

1. Cassie M. Meyer and The Allen Law Firm, PC are hereby permitted to withdraw as attorneys of record for Plaintiff Richard Kevin Brown in this adversary proceeding.

2. Richard Kevin Brown shall hereafter appear and prosecute this adversary proceeding pro se unless and until substitute counsel enters an appearance on his behalf, and he shall be responsible for compliance with all applicable rules, procedures, and deadlines of this Court, including, but not limited to, the Local Bankruptcy Rules and the Federal Rules of Bankruptcy Procedure.

3. All future notices, pleadings, orders, and other documents in this adversary proceeding shall be served upon Richard Kevin Brown at the following address:

Richard Kevin Brown
2701 W. 15th Street D.106
Plano, Texas 75075
720-987-6864
rkevinbrown@gmail.com

### END OF ORDER ###